LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No. 114533
Jeri L. Pappone, CSB No. 210104

Attorneys for Defendants, LOU BLANAS, as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. MEHL, <br><br> Plaintiff, <br><br> vs. <br><br> LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records <br><br> Defendants | CASE NO.:   CIV S-03 -2682 MCE KJM <br><br> Complaint filed:  12-30-03 <br> Trial date:     None <br><br> Date:   February 6, 2006 <br> Time:  9:00 a.m. <br> Courtroom:    3 <br><br> **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE** <br><br> **FRCP  41(b)** <br><br> [Fee exempt:  Cal. Gov. Code § 6103] |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT at 9:00 a.m. on February 6, 2006, or as soon thereafter as this matter can be heard, in Courtroom 3 of the United States District Court for the Third District, located at 501 I Street, Sacramento, California, 95814 Defendants, and each of them, will move this Court for dismissal of this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(b).

The motion will be brought on the ground that Plaintiffs have failed to prosecute this matter with reasonable diligence, and Defendants have thereby been prejudiced.

This motion is based on this notice, the memorandum of points and authorities, declarations and exhibits, the request for judicial notice, and the complete file and records in this action and on such other and further evidence as may be accepted at the hearing of this matter.

Dated: January 4, 2006                         LONGYEAR, O'DEA & LAVRA, LLP


By:     /s/ Jeri L. Pappone
        JOHN A. LAVRA, CSB No. 114533
        JERI L. PAPPONE, CSB NO. 210104
        Attorneys for Defendants

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

**NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE**

Page 2