UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAVID K. MEHL; LOK T. LAU; FRANK FLORES, | |
| Plaintiffs, | NO. 2:03-cv-2682-MCE-KJM |
| v. | ORDER |
| LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, | |
| Defendants. | |

----oo0oo----

Defendants Lou Blanas, County of Sacramento Sheriff's Department and the County of Sacramento ("Defendants") bring the

//
//
//

1

present motion under Federal Rule of Civil Procedure 41(b),[1] asking that the present action be dismissed due to Plaintiffs' failure to prosecute this matter with reasonable diligence.

Rule 41(b) authorizes a defendant to move for dismissal "for failure of the plaintiff to prosecute..."  A federal action must be pursued with "reasonable diligence" in order to avoid dismissal. Anderson v. Air West, Inc., 542 F.2d 522, 524 (9th Cir. 1976).  Dismissal under Rule 41(b) rests with the sound discretion of the court. Link v. Wabash R.R. Co., 370 U.S. 626, 633 (1970).

In the present case, while Defendants allege that Plaintiffs failed to follow up on the development of a discovery plan after October 2004, Plaintiff counters with the assertion that Defendants failed to provide information they had agreed to provide with respect to such plan.  In addition, Plaintiffs assert that they elected to monitor the progress of several cases pending before the Supreme Court whose outcome could influence the present proceedings, and argue that in the absence of a pretrial scheduling order, that strategic decision was not unreasonable.

Under the circumstances the Court does not believe that a Rule 41(b) dismissal is appropriate.  Both parties have now complied with the terms of the Court's December 27, 2005 Minute Order, and filed a Joint Status Report as required by that Order. Given the apparent factual dispute as to development of a discovery plan, as well as Plaintiffs' professed strategy in

---

[1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure unless otherwise noted.

2

following the course of developing authority, the Court is unable to conclude that Plaintiffs were not reasonably diligent in prosecuting this action.

Defendants' Motion to Dismiss is accordingly DENIED.[2]

IT IS SO ORDERED.

DATED: February 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

3