**FILED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MEHL, et al.,

    Plaintiffs,                    No. CIV S-03-2682 MCE KJM

vs.

LOU BLANAS, et al.,

    Defendants.               ORDER

_____/

        Defendants have submitted a stipulation and proposed protective order. It appears from subsequent filings that the language of the proposed protective order is in dispute. Defendants are free to move for a protective order upon properly noticed motion should the parties fail to resolve their dispute. The court accordingly declines at this time to approve the proposed protective order.

DATED: 10/16/06

                                                        UNITED STATES MAGISTRATE JUDGE

006
mehl.dis

1