IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MEHL, et al.,

      Plaintiffs,                      No. CIV S-03-2682 MCE KJM

   vs.

LOU BLANAS, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Defendants' motion for protective order, and plaintiff's motion to compel further responses to interrogatories and requests for production of documents and motion for protective order re: plaintiff's deposition, came on regularly for hearing November 29, 2006. Gary Gorski appeared for plaintiffs. Jeri Pappone appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. No later than December 8, 2006, the parties shall submit a revised proposed protective order. Said proposed order shall provide for production of confidential documents without redactions but subject to attorney's eyes and expert's eyes only. The proposed order shall also provide that watermarking of confidential documents shall be limited to marginal notation of "produced in case no. 03-2682." In reviewing the revised proposed protective order,

1

1 the court shall also consider the proposed revisions submitted by plaintiff in docket no. 48.

2. The motion to compel further responses to interrogatories is granted. Defendant shall further respond within fifteen days from the date of this order. The time frame covered by the responses shall be from 1987 to the present. To the extent defendant Blanas responds from his own personal recollection, he shall so state. With respect to interrogatory no. 9 propounded on the County of Sacramento, defendant shall produce the form used for applying to the Sheriff's posse. The response to interrogatory no. 10 propounded on the County shall list the names of all committee members or individuals involved in review of the permits, badges and reserve status designations covered by the interrogatory, past and present, from 1987 to the present.

3. The motion to compel further production of documents is granted in part. Within thirty days from the date of this order, defendants shall produce documents responsive to requests nos. 1, 7, 8, 11, 12, 17, 19, 27, and 28 subject to the protective order, which the court shall issue after receipt of the revised proposed protective order. To the extent defendants have already responded that no documents exist with respect to certain requests, defendants' counsel's representation at hearing that this response is accurate without reliance on any objections, the representation is hereby confirmed. The motion is otherwise denied with respect to request nos. 5 and 6, and is denied with respect to request nos. 9, 10, 13, 14, 15, 16, 18, 21, 22, 24, and 26.

4. The motion for protective order regarding the timing of plaintiff's deposition is denied.

DATED: November 30, 2006.

_____
U.S. MAGISTRATE JUDGE

006
mehl-blanas.oah