LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No. 114533
Jeri L. Pappone, CSB No. 210104

Attorneys for Defendants, LOU BLANAS, as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. MEHL, LOK T. LAU, and FRANK FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records<br><br>Defendants | CASE NO. 2:03-cv-2682-MCE-KJM<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULING ORDER** |

THE PARTIES HERETO, by and through their respective counsel, do hereby STIPULATE AND AGREE as follows:

Whereas the date for close of discovery is currently set for April 9, 2007;

Whereas defendants filed a request for reconsideration of the Court's ruling on Plaintiffs' motion for discovery of December 1, 2006;

///

///

1  Whereas on March 27, 2007, the Court issued its ruling on Defendants' request for
2  reconsideration, which substantially affected the production of documents requested in
3  discovery, and delayed discovery on depositions and responses to discovery, and further
4  information required for expert witness testimony;

5  Whereas the parties agree that remaining depositions have to be coordinated around the
6  review of numerous documents;

7  Whereas due to the time required for resolution of the motion for reconsideration, the
8  dates set forth in the Status (Pretrial Scheduling) Order filed on February 23, 2006 have become
9  impractical to all parties in that certain discovery could not be conducted;

10  Whereas the parties agree that current dates should be vacated, and new dates set;

11  THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL,
12  HEREBY STIPULATE THAT:

13  Good cause exists in the interests of justice and the costs and burden, not only to the
14  Parties but to the Court, associated with the discovery of issues that will expedite the litigation
15  and narrow the issues, the parties agree that modification of the Status (Pretrial Scheduling)
16  Order is essential to fully meet the requirements of due process to all parties and to expedite the
17  trial of this matter.

18  THEREFORE, the parties stipulate and request the Court to issue an order vacating all
19  dates, and set a status conference to select new dates for the convenience of the Court and in the
20  interest of justice; or

21  IN THE ALTERNATIVE, extend the current discovery deadline and subsequent
22  scheduled dates as follows:

23  Discovery closed and all discovery motions to be heard and acted upon by August 15,
24  2007;

25  Expert disclosures due by August 31, 2007, and expert depositions to be completed by
26  November 15, 2007;

27  Dispositive motions to be heard by February 15, 2008;

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

28

Page 2

1. Final Pretrial Conference on April 28, 2008 at 3:30 p.m. in Courtroom 3;
2. Joint Pretrial Statement due on or before April 14, 2008;
3. Trial Exhibits to be filed with Court on or before May 15, 2008; and
4. Trial to commence on June 4, 2008 at 9:00 a.m. in Courtroom 3.

IT IS SO STIPULATED:

Dated: April 4, 2007          LONGYEAR, O'DEA & LAVRA, LLP

/s/ Jeri L. Pappone

By_____
    JOHN A. LAVRA
    JERI L. PAPPONE
    Attorneys for Defendants

LAW OFFICES OF GARY GORSKI

/s/ Gary W. Gorski
By_____
    GARY GORSKI
    Attorney for Plaintiffs

IT IS SO ORDERED:

Dated: April 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500