IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MEHL, et al.,

    Plaintiffs,                    No. CIV S-03-2682 MCE KJM

    vs.

LOU BLANAS, et al.,

    Defendants.                <u>ORDER</u>

                                  /

           Defendants have submitted a banker's box of documents for <u>in camera</u> review by the undersigned as directed by the district judge's order filed March 27, 2007. The documents are neither categorized (e.g., disciplinary actions, personnel data, sick leave and vacation requests, commendations, citizen complaints) nor Bates-stamped.

           Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order defendants shall resubmit for <u>in camera</u> review the documents previously submitted April 6, 2007. The resubmitted documents shall be Bates-stamped in numerical sequence and a list shall be provided specifically identifying the documents and categories within the personnel files submitted that correspond to the Bates-stamped numbers on the identified documents.

DATED: April 25, 2007.

006/mehl.icr

_____
U.S. MAGISTRATE JUDGE

1