IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MEHL, et al.,

        Plaintiffs,         No. CIV S-03-2682 MCE KJM

   vs.

LOU BLANAS, et al.,

        Defendants.        ORDER

_____/

        On April 19, 2007, plaintiff filed an application for an order shortening time. Plaintiff fails to set forth circumstances justifying the issuance of such an order. See Local Rule 6-144(e). Accordingly, the application is denied.

DATED: April 26, 2007.

                                        U.S. MAGISTRATE JUDGE

006
mehl.ost