IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MEHL, et al.,

     Plaintiffs,                No. CIV S-03-2682 MCE KJM

  vs.

LOU BLANAS, et al.,

     Defendants.           <u>ORDER</u>

_____/

       Plaintiffs' motion for an order to show cause re: sanctions for failure to comply with the court's order and motion to compel responses to deposition questions posed to defendant Blanas and deponent Wong is calendared for hearing on August 8, 2007. It does not appear that the parties have yet engaged in good faith meeting and conferring on the issues raised in plaintiffs' motion. Accordingly, IT IS HEREBY ORDERED that:

       1. Unless plaintiffs withdraw their motion, the parties shall engage in a face-to-face meet and confer session on the issues raised in plaintiff's brief filed August 3, 2007. Said session shall take place no later than August 13, 2007.

/////

/////

/////

1

2. Unless the parties resolve their dispute through the meet and confer session, a <u>joint</u> discovery stipulation as required by Local Rule 37-251 shall be filed no later than August 16, 2007. The text of any deposition questions in dispute shall be set forth in full in the stipulation. A courtesy copy shall be delivered to chambers no later than August 17, 2007.

3. This matter is set for hearing on August 22, 2007 at 10:00 a.m. before the undersigned. If no joint stipulation is filed as ordered above, this hearing date will be vacated.

4. Defendants' objection to plaintiffs' notice of motion and motion for discovery is sustained to the extent the hearing set for August 8, 2007 is continued as ordered above.

5. Plaintiffs' stipulation and declaration filed on August 3, 2007 are disregarded.

DATED: August 6, 2007.

_____
U.S. MAGISTRATE JUDGE

006
mehl-blanas.con