1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID MEHL, et al.,

11            Plaintiffs,                    No. CIV S-03-2682 MCE KJM

12        vs.

13   LOU BLANAS, et al.,

14            Defendants.              ORDER

15   _____/

16            Defendants have filed an ex parte application for an order shortening time for

17   hearing on a motion to withdraw documents filed in violation of the protective order and for

18   sanctions.  It appears that the documents defendants contend are protected are now fully in the

19   public domain.  Any curative withdrawal would therefore appear to be futile.  The question of

20   sanctions, however, is not moot but does not appear to be a matter that must be heard on an

21   expedited basis.

22            Accordingly, IT IS HEREBY ORDERED that:

23            Defendants' motion for sanctions for violation of the protective order is set for

24   hearing before the undersigned on August 29, 2007 at 10:00 a.m.  The parties are directed to

25   fully meet and confer on the issues raised in defendants' motion and a joint stipulation as

26   /////

1

1    provided in Local Rule 37-251 shall be filed, with a courtesy copy submitted to chambers, no

2    later than August 23, 2007.

3    DATED:  August 9, 2007.

4                                                                _____
                                                                 U.S. MAGISTRATE JUDGE

5    006
     mehl-blanas.ost

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                    2