IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MEHL, et al.,

        Plaintiffs,                No. CIV S-03-2682 MCE KJM

   vs.

LOU BLANAS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiffs have requested an extension of time for filing the joint stipulation on plaintiffs' most recent motion to compel, filing their extension request on August 16, 2007. No good cause for such an extension has been shown. The discovery cut-off was August 15, 2007. Plaintiffs are of course free to request modification of the scheduling order from the district judge; if such a modification is granted, this court will once again entertain properly filed discovery motions and stipulations during any extended period of discovery.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiffs' request for extension of time is denied.

/////

/////

/////

2. Plaintiffs' motion to compel is denied for failure to comply with the meet and confer requirements of Local Rule 37-251 and the order filed August 6, 2007.

DATED: August 20, 2007.

_____
U.S. MAGISTRATE JUDGE

006
mehl-blanas.ool