LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No. 114533
Jeri L. Pappone, CSB No. 210104

Attorneys for Defendants, LOU BLANAS, as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. MEHL, LOK T. LAU, and FRANK FLORES,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records<br><br>　　　　　Defendants | CASE NO.:   CIV S-03 -2682 MCE KJM<br><br>Date:  November 16, 2007<br>Time:  9:00 a.m.<br>Ctrm:  3<br>Judge: Honorable Morrison C. England, Jr.<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

Notice is hereby given that on November 16, 2007, at 9:00 a.m. or as soon thereafter as the matter can be heard in Courtroom 3, of the above-entitled court, Defendants Lou Blanas

---

Notice of Motion

individually and in his official capacity, County of Sacramento and County of Sacramento Sheriff's Department; , will, and do hereby, move the court for summary judgment on the grounds that there are no triable issues of material facts and Defendants and each of them are entitled to judgment as a matter of law.

The specific grounds for the motion are set forth in Defendants Memorandum of Points and Authorities, which grounds are incorporated in this notice as if set for fully herein.

This motion is further made and based upon Defendants Statement of Undisputed Material Facts and the evidence filed in support thereof, the memorandum of points and authorities, and any oral or documentary evidence introduced at any hearing of this matter.

Dated:   October 15, 2007.                LONGYEAR, O'DEA & LAVRA, LLP

                                         /s/ John A. Lavra
                                    By_____
                                         JOHN A. LAVRA
                                         JERI L. PAPPONE
                                         Counsel for Defendants