**Associated Press**

10/22/03

# Justice request to destroy info from sensitive case is rejected

By Ted Bridis

WASHINGTON - The Justice Department sought extraordinary permission to let the FBI conduct a search-and-destroy mission on any computers harboring classified information about a 1980s case that temporarily became public in a lawsuit. A federal judge, however, rejected the idea.

The request from federal prosecutors in Sacramento, Calif., was considered highly unusual by legal experts because it did not specify which computers the government believed might contain the classified information or how agents would retrieve and destroy information that already had been made public.

"This stuns me," said Kate Martin, director for the Washington-based Center for National Security Studies. "I have never heard of them asking for such authority before. It's very disturbing that the FBI is contemplating going out and secretly examining hard-drives to see whether they contain this information."

Justice officials said they were reviewing whether to refile their request.

At issue are two court filings in a lawsuit brought by a former FBI counterintelligence agent. The filings made brief references to a one-month undercover trip overseas in late 1987 by the agent, Lok T. Lau, who was fired for shoplifting more than a decade later and is suing over his dismissal.

The documents - still containing the classified material - were available from the courthouse for up to 19 days and copies already have been published on the Internet, including the Web site for the Sacramento-based California First Amendment Coalition, an open-government group.

The organization's lawyer, Terry Francke, said Tuesday he had not yet been contacted by prosecutors or the FBI.

The government didn't tell the judge how it might determine who copied the classified material onto the computers, nor did it suggest whether it already has searched anyone's hard drives for the documents.

The unorthodox legal skirmish in Sacramento occurs amid heightened sensitivity within the Bush administration over intelligence leaks, as the Justice Department tries to find out who revealed the name of the undercover CIA officer married to former Ambassador Joseph C. Wilson.

"It's completely unheard of that the FBI would try to exercise that kind of control," said James X. Dempsey, an expert on national security with the Center for Democracy and Technology in Washington.

U.S. District Judge Garland E. Burrell Jr. agreed with the government's request to remove the classified documents from the court file and substitute sanitized versions. But in his decision last week, Burrell rejected as "unsupported by authority" the government's broader request to seek out and delete any electronic copies that might have been downloaded onto others' computers before they were effectively sealed.

The classified sections of the court papers describe a covert mission by Lau in November 1987 to a country he doesn't identify. Lau said he was warned the night before his trip that one of the FBI's "highly placed assets" betrayed his identity as an undercover FBI agent, but, to avoid confirming the disclosure, he did not cancel the trip.

"Personnel armed with machine guns were a constant reminder to me of my fate if something went wrong, and there were frequent roadblocks on my route of travel," Lau wrote. "I anticipated death on several occasions, but I somehow survived it all."

Lau argued that the stress of his undercover assignments led to what he describes as his "aberrant" behavior that resulted in his firing. He said he was unconcerned he might be prosecuted for disclosing classified information, noting that he withheld some details from his court papers, such as the country where his mission took place.

"I know the bureau will try to prosecute me and discredit me at every opportunity," Lau said. "Whatever national security argument the FBI is making is hogwash."

Burrell denied the government's Oct. 10 motion "without prejudice," meaning prosecutors may renew their request.

Assistant U.S. Attorney Kristin S. Door said she was researching laws that might support such a decision. Door acknowledged that even she doesn't have sufficient government clearance to read the classified documents.

"We're hoping there has been no harm," Door said. "As soon as the FBI determined it was classified, we moved promptly to try to retrieve it from the public record."

**marihemp**
the marijuana & hemp network ®

**Legal Hydro Buds** clic
HERBALSMOKESHOP
Legal Hydro Buds - Flavored Papers - Chronic Candy

[ **Boardview** ]   [ **Threadview** ]   [ **Quickview** ]   [ **Topics** ]   [ **Help** ]

### Spooks Not Exempt From Disposable Society

cryote
Cafe Member

Registered on
Feb-21-2000
More User Info

Send PM

(Advertisement)



100% LEGAL

LEGAL BUDS

Message #54586 posted by cryote (Info) *November 07, 2003 07:49:02 ET*

China

The spy who was left out in the cold
By Gary Webb

SACRAMENTO, California - As far as can be told, former Federal Bureau of Investigation agent Lok Lau may be a genuine American hero, the first agent in FBI history to penetrate the top levels of the Chinese government. But the US Department of Justice is doing everything in its power - and some things that aren't - to prevent even the tiniest detail of Lau's highly classified work from becoming public.

As far as the Justice Department is concerned, Lau is nothing more than a lying, thieving malcontent who was fired for shoplifting $15 worth of merchandise from a California supermarket. And that's the way the US government would like to keep it.

The full truth about Lok Lau and his six-year-long foreign-counterintelligence mission may never be known. But judging from information that briefly became public as a result of an employment-discrimination suit Lau filed against the FBI - and the Justice Department's frantic efforts to purge the public record of what it claims were national-security secrets "illegally" divulged by Lau and his lawyers - the 46-year-old Singapore native was involved in some very heavy, very clandestine and very dangerous work inside the People's Republic of China, on behalf of US intelligence, for years.

It is also clear that once Lau's highly praised undercover assignment was completed, the FBI decided he was a liability and began a concerted effort to get rid of him, which it eventually did.

Why the FBI turned with such vengeance against an agent its own director had personally commended for heroism is not known, but it wasn't because Lok Lau wasn't good at his job. If anything, his problem might have been that he was too good at it.

That Lau - who worked for the FBI as a special agent (SA) from 1986 until 2000 - is the possessor of powerful secrets is beyond dispute; it is a matter that has troubled the FBI for some years, records show. Lau was considered so hot that in

# www.Freace.de

Message, which one does not find everywhere.

## No attendance of the FBI

22.10.2003

How AP reported on Wednesday, the American Ministry of Justice wanted to attain a special permission for the FBI, it the FBI would have permitted to scan computers for special documents and delete these. This was however rejected by the responsible Federal High Court Judge.

Nearly three weeks long were freely accessible over the Website of a US court these documents, until they were finally withdrawn at the request of the government.

Only besides the documents mentioned and without really details to reveal an Undercover employment of a FBI official.

In the procedure locomotive Thye Lau sues its former employer, the FBI, which dismisses it because of several cases of shoplifting had. After its opinion the shopliftings are consequence of a psychological illness, which it tightened itself by the immense stress in the context of its Undercover employment and due to missing support by its superiors. Suggestions in the documents let assume that it moved a longer time - over a half year - covered in the organized Chinese crime.

An article of the San Antonio Bizjournals according to actually few speak for the statement, Lau would be due to shopliftings dismiss. That from the beginning it was intended it only for this an order to begin pure speculation might be that the shopliftings were only put forward, in order to hush up lack with its support, seems however according to the report convincingly.

The withdrawn documents - an explanation louse and a support letter of a human

right organization - were reflected however meanwhile on several Websites.

This spreading should be cancelled obviously "" by the FBI now.

"surprises me", said Kate Martin, chief which hanging toner center for national Security Studies. "I did not hear ever before of the fact that they would have asked for a such permission. It is to be determined very disturbingly that the FBI intends to run around and examine secretly non removable disks, in order whether they contain these information."

James Xth Dempsey, an expert for national security at the center for Democracy and Technology in Washington, said the fact that it had not so far ever occurred that the "FBI exercises this kind of control" wanted.

The government had informed judge country E. Burrell Jr. neither, as they wanted to determine, who the documents on its computers had copied, still whether computers were already examined. The government examines at present whether the request is again to be placed.

In view of the statement that the FBI inserted Undercover agents at the latest use the year 1987, when Lau had its employment world-wide, which can be concluded from the documents, it is a little amazing it that the US government has largest interest to let the information disappear. The will to reach this by such a large-scale FBI action witnesses not only from the importance of the information, but also from the unawareness of the US government of the Internets.

Back to the starting side

Imprint

contact: Email

# YAHOO! Groups

Welcome, Guest

**dem-daily** · Democrats.com Daily News Service

Register - Sign In

[ Join This Group! ]


Welcome
**eGroups**
Members!
Learn More

Home
▶ **Messages**

**Members Only**
Files
Photos
Links
Database
Polls
Calendar
Promote

**Messages**

Reply | Forward | View Source | Unwrap Lines

Message 843 of 873 | Previous | Next [ Up Thread ] Message Index

**Messa**

Search Ar

Msg #

**From:** ☺ news@d...
**Date:** Sun Nov 2, 2003  9:10 am
**Subject:** Democrats.com Daily News for November 2, 2003

ADVERTISEMENT

Discover the Vita
Your Body Nee

Get a FREE Vitamin Profi

```
___DEMOCRATS.COM____The Patriotic
Progressives_____

____.COMPOSITION_____In This
Issue_____

Upcoming Events

The Democracy Caravan Rolls On!

Cops Get Crazy at Cheney Protest in
FL - Arrest, then 'un'Arrest ex-Naval
Commander

Clinton Delivers AIDS Drugs to Poor
Nations

Gore Will Take on BushCroft on Nov. 9

FBI Desperately Tries to Scrub Evidence of Illegal Spying

Scrubbing the Truth: Bush's Need-to-Know Democracy

Iraq War Profiteering is Outrageous - and Covered Up by the Bush Adminis

A Private Army Grows around Bush's War

Anti-Bush Voting by Active and Retired Soldiers Could Re-Defeat Bush in

For the Second Time, AP Photo Portrays Bush as God

Bush's End Run around Congress for Faith-Based Funding

Three Years of Bush, Three Years of Increasing Hunger

RepubliNazis Invade Federal Court Following Affirmative-Action Defeat
```

Republican Party Demands Right to Censor 'The Reagans'

John Podesta's New Progressive Think Tank's Impressive Debut Event

Pregnancy and Abortion Rates Were Down During Clinton's Presidency

Autumn of the Oligarch

Belgrade Faces Indictee Dilemma

__Upcoming Events

On Nov. 3, protest Bush in Birmingham, AL. On Nov. 4, watch the TV premi
"Unprecedented" on the Sundance Channel (unprecedented.org). On Nov. 7,
Bush in Winston-Salem, NC. On Nov. 13, protest Bush Ft. Myers, FL. On No
protest Bush in London.
http://www.legitgov.org/action.html

__The Democracy Caravan Rolls On!

Democracy Caravan seeks to educate, activate, and mobilize average citiz
help build a pro-democracy movement capable of protecting the basic righ
freedoms of all Americans. Democracy Caravan strives to help modernize o
democratic form to foster greater participation and a more direct democr
following stops are planned: Oct. 31 - Nov 4 Oklahoma (Durant -- McAlest
Muskogee -- Tulsa) ... Nov. 5 - 15 Iowa (via Abilene & Atchison, KS; and
Maryville, MO) (locations tba depending on presidential candidate activi
Nov. 16 - 20 Illinois (Galesburg -- Peoria -- Springfield -- Carbondale)
Nov. 21 - 23 Kentucky (Mayfield) ... Dec. 1 - 5 Tennessee ... Dec. 6 - 1
Mississippi (Meridian) ... Dec. 11 - 13 Alabama ... Dec. 14 - 20 Florida
Request a stop near you!
http://www.democracycaravan.org

__Cops Get Crazy at Cheney Protest in FL - Arrest, then 'un'Arrest ex-Na
Commander

Here is another example of creeping Fascism in America. At a protest aga
Cheney in Florida, the Lee County Sheriff's Dept. threatened the peacefu
demonstrators
with arrest, just for trying to exercise their right to Freedom of Speec
the video you will see an ex-Naval Commander by the name of Chuck Tyson,
temporarily arrested by the Lee County Sheriff's Dept. You can complain
County Sheriff's - Rod Shoap, at:
14750 Six Mile Cypress Pwy, SE, Fort Myers, FL 33912, Tel. #: 941-477-12
Sheriff Rod Shoap's biography site: http://www.flsheriffs.org/sheriffs/l
http://tallahassee.indymedia.org/media/all/display/568/index.php

__Clinton Delivers AIDS Drugs to Poor Nations

NY Times writes: "Former President Bill Clinton announced yesterday that
foundation had brokered an agreement with four generic drug companies to
cost of certain AIDS antiretroviral drugs by about a third, and in one c
about half, for distribution in poor countries. Under the agreement,
combinations of three drugs will be provided in African and Caribbean co
where the Clinton Foundation H.I.V./AIDS Initiative is trying to establi
countrywide health care, treatment and prevention programs. 'The goal is
provide the drugs to up to two million people by 2008', Mr. Clinton said
making the announcement at a news conference at his offices in Harlem. T
companies are Aspen Pharmacare Holdings Ltd. of Johannesburg, and three
India, Cipla Lts. of Mumbai, Ranbaxy Laboratories Ltd. of Delhi and Matr
Laboratories of Hyderabad." Clinton is DELIVERING for AIDS victims - whe
the $15 billion Bush promised?
http://www.nytimes.com/2003/10/24/health/24AIDS.html


__Gore Will Take on BushCroft on Nov. 9

"President Gore will give his third major speech on the Administration's
response to terrorism on Sunday, November 9th at the DAR Constitution Ha
Washington D.C. Gore will describe the Administration's assault on our c
liberties as un-American and will charge that the Bush/Ashcroft attack o
Constitution is actually a smokescreen that obscures the Administration'
fundamental failure to meaningfully protect our national security, and t
their efforts have weakened rather than strengthened America. This event
cosponsbred by the American Constitution Society and Moveon.org."
http://algoredemocrats.com


__FBI Desperately Tries to Scrub Evidence of Illegal Spying

"Evidence has surfaced recently that the FBI has been spying on foreign
for years... The controversy stems from a civil rights case filed... by
FBI agent Lok Thye Lau [who] filed a Declaration in late September that
his FBI career and the fact that he was engaged as a spy in a dangerous
undercover assignment that required him to 'work against hostile and agg
foreign powers for years.' [probably China]... the American people were
immediately following 9/11 that the FBI (a domestic law enforcement agen
the CIA (an overseas intelligence agency) were hamstrung by their agency
limitations and their inability to share intelligence information. To so
problem, Attorney General Ashcroft brought us the Patriot Act, which bro
the wall between the FBI and CIA in the intelligence game. Well, if Lau'
story is true, then that wall may have never existed to begin with, and
Ashcroft's Patriot Act argument was based on" A LIE.
http://www.commondreams.org/views03/1030-10.htm


__Scrubbing the Truth: Bush's Need-to-Know Democracy

"It began when Dick Cheney refused to provide details of his energy task
meetings with energy companies, particularly top Enron officials. Then,
Bush's November 2001 executive order allowing the administration or form
presidents to order executive branch documents withheld from the public.
order] shields from public view documents from Bush's father's term in o
that could be awkward now. The suspicion was that the executive order wa

NMU     CALIFORNIA     Secret Courts

# Judge redacts records in FBI spying case, but won't issue deletion order

- *A federal judge in California ordered redactions to two pleadings that had already been made public, but rejected prosecutors attempts to have those pleadings erased from private computers, which would include those of a newspaper and a First Amendment organization.*

Oct. 23, 2003 — Citing national security concerns, a federal judge in Sacramento, Calif., has taken the unusual step of ordering redactions to two pleadings, including a civil rights group's friend-of-the-court brief, that had already been publicly disseminated in their entirety.

U.S. District Judge Garland E. Burrell Jr. ruled Oct. 10 that two pleadings in the civil-rights lawsuit by former FBI agent Lok Tyhe Lau must be redacted because they contain classified national security information. He rejected the government's broader request to let the FBI seek out and delete unredacted electronic copies that were already in the public's possession. The request would have affected computers of, among others, the *San Antonio Business Journal* and the California First Amendment Coalition, which posted the filings on its Web site.

Burrell's denial of the "search-and-destroy" request was without prejudice, meaning the government could choose to renew it at a later date. Justice Department officials told The Associated Press they are still deciding whether to do so.

The pleadings at issue are a 30-page declaration by Lau and a seven-page friend-of-the-court brief filed on his behalf by the League of United Latin American Citizens (LULAC), a Hispanic civil rights organization. Although Lau is Chinese-American, LULAC got involved because the case "will have [a] momentous effect on minorities and other people of color who work for the government of the United States," according to its brief.

"This is really just an effort to keep the public and media from knowing what's going on in the case," said Rev. Julie Marquez, chairperson of the LULAC committee that filed the brief.

Marquez, who has seen unredacted versions of both documents, denies that they contain classified information. "I absolutely dispute that there was any sensitive, classified information in [Lau's] declaration or our brief," she said.

In court papers, Lau claims he conducted spying missions for the FBI in unidentified foreign countries in the 1980s — a controversial allegation, given the FBI's mandate of domestic law enforcement. But many details of his activities are classified, and were omitted even from Lau's original declaration.

Marquez says the government is attempting to deflect attention from what may have been an illegal operation. "The FBI is not supposed to be spying overseas," she said.

Lau says the FBI fired him because of his Chinese heritage and psychological disabilities the FBI itself caused, by repeatedly exposing him to extreme stress as an undercover operative between 1986 and 1991, allegedly with inadequate training and support. Lau says he was treated as an outcast when he began regular field duty in 1991.

The FBI says Lau was fired for deficient performance and bizarre behavior, including two alleged shoplifting incidents.

Many details of Lau's activities, including the countries to which he allegedly traveled, are classified. According to an Oct. 13 report in the *San Antonio Business Journal*, even Judge Burrell and the lawyers handling the case do not yet have the necessary security clearance to obtain access to all the facts.

The government has not indicated whether it will seek to seal additional documents or proceedings in the case.

*(Lau v. Ashcroft) — JM*

© 2003 The Reporters Committee for Freedom of the Press

Return to: RCFP Home; News Page



**Jefferson City News Tribune**
*Online Edition*

**Thursday, October 23, 2003**

**MARKETPLACE**
Classifieds
Merchandise/Garage Sales
Employment
Real Estate
Automotive
Auctions
Apartment Guide

**NEWS**
Front Page
Local News
State News
U.S. & World
Sports
Features
Business
Opinion
Community
Obituaries
Headlines
Archives
Special Sections
Entertainment
Dear Abby
Lottery
A&E Calendar

**HELP**
General Information
Contact Us
Home Delivery


FREE tim comes with
FREE banking@t

# Judge rejects U.S. request to find, delete classified records

WASHINGTON (AP) -- The Justice Department says it may renew an extraordinary request to let the FBI conduct a search-and-destroy mission on any computers harboring classified information about a 1980s case that temporarily became public in a lawsuit. A federal judge previously rejected the idea.

The initial request from federal prosecutors in Sacramento, Calif., was considered highly unusual by legal experts because it did not specify which computers the government believed might contain the classified information or how agents would retrieve and destroy information already made public.

"This stuns me," said Kate Martin, director for the Washington-based Center for National Security Studies. "I have never heard of them asking for such authority before. It's very disturbing that the FBI is contemplating going out and secretly examining hard-drives to see whether they contain this information."

Assistant U.S. Attorney Kristin S. Door in Sacramento said she was researching laws that might support renewing the government's request.

At issue are two court filings in a suit by a former FBI counterintelligence agent. The documents include brief references to a one-month undercover trip overseas in late 1987 by the agent, Lok T. Lau, who was fired for shoplifting more than a decade later and is suing over his dismissal.

The documents -- still containing the classified material -- were

available from the courthouse for up to 19 days. Copies have been published on the Internet, including the Web site for the Sacramento-based California First Amendment Coalition, an open-government group.

The organization's lawyer, Terry Francke, said he had not yet been contacted by prosecutors or the FBI. The documents were available on the group's Web site Wednesday.

Lau's attorney, Tony Silva of El Paso, Texas, said government investigators contacted him as recently as Tuesday to question whether his law firm's computers might contain the classified information.

Silva told the government that copies had been stored on floppy disks and were deleted using special software to ensure the data could not be recovered.

The government did not tell the judge how it might determine who copied the classified material onto the computers, nor did it suggest whether it already has searched anyone's hard drives for the documents. In the past, the FBI has usually surrendered efforts to protect classified documents once they become available publicly.

"If the text is published in a newspaper or a document is posted on the Web, it's futile to attempt to recover it," said Steve Aftergood, director of a project on government secrecy at the Federation of American Scientists. "Information moves faster today that ever before."

The legal skirmish occurs amid heightened sensitivity within the Bush administration over intelligence leaks, as the Justice Department tries to find out who revealed the name of the undercover CIA officer married to former Ambassador Joseph C. Wilson.

"It's completely unheard of that the FBI would try to exercise that kind of control," said James X. Dempsey, an expert on national security with the Center for Democracy and Technology in Washington.

U.S. District Judge Garland E. Burrell Jr. agreed with the government's request to remove the classified documents from the court file and substitute sanitized versions. But in his decision last week, Burrell rejected as "unsupported by authority" the government's broader request to seek out and delete any electronic copies that might have been downloaded onto others' computers before they were effectively sealed.

The classified sections of the court papers describe a covert mission by Lau in November 1987 to a country he does not identify. Lau said he was warned the night before his trip that one of the FBI's "highly placed assets" betrayed his identity as an undercover FBI agent, but, to avoid confirming the disclosure, he did not cancel the trip.



"Personnel armed with machine guns were a constant reminder to me of my fate if something went wrong, and there were frequent roadblocks on my route of travel," Lau wrote. "I anticipated death on several occasions, but I somehow survived it all."

Lau argued that the stress of his undercover assignments led to what he describes as his "aberrant" behavior that resulted in his firing. He said he was unconcerned he might be prosecuted for disclosing classified information, noting that he withheld some details from his court papers, such as the country where his mission took place.

"I know the bureau will try to prosecute me and discredit me at every opportunity," Lau said. "Whatever national security argument the FBI is making is hogwash."

Burrell denied the government's Oct. 10 motion "without prejudice," meaning prosecutors may renew their request.

Door, the prosecutor, said she was researching laws that might support such a decision. She acknowledged that even she does not have sufficient government clearance to read the classified documents.

"We're hoping there has been no harm," Door said. "As soon as the FBI determined it was classified, we moved promptly to try to retrieve it from the public record."



Top  Local  State  Opinion  World  Business

Obituaries  Sports  Dear Abby  Classifieds  Community

News Archives  About the News Tribune  Home Delivery

All Contents © Copyright 2003 *News Tribune Co.* All rights reserved.
AP stories ©Copyright 2003 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed. Click for copyright details.

Comments or questions? Contact us.

# SOCIETY OF PROFESSIONAL JOURNALISTS.

Improving & Protecting Journalism

Search SPJ:

| SPJ/SDX | RESOURCES | CAREERS | PROGRAMS | AWARDS | HOME |
|---|---|---|---|---|---|

| SPJ MISSIONS | SPJ BOARD | SDX FOUNDATION | SPJ NEWS | MORE ▶ |
|---|---|---|---|---|

## National Security

Forum Index > Freedom of Information > National Security

Member F

Login to repl

| Author | National Security |
|---|---|

**bc78250**   posted 10/19/2003 5:00:53 PM

Member

Posts: 0

Folks,

The item below appeared in the email newsletter of the California First Amendment Center. The item offers a brief overview of a developing story that has major 1st Amendment implications.

The case that is the subject of the story below is still pending in U.S.District Court in Sacramento, Calif. I believe the government's handling of the case has major ramifications for future journalistic efforts seeking to expose potential wrong-doing by national security agencies. Whatever you can do to expand the media and public awareness of this situation is appreciated. Any suggestions for our coverage of the situation are appreciated as well.

Sincerely,

Bill Conroy
Editor
San Antonio Business Journal


Federal judge seals records alleging FBI's involvement in international spy business

By Bill Conroy
San Antonio Business Journal

A judge in federal court in Sacramento, Calif., has issued an order sealing previously public court documents in a sensational case that involves a former FBI agent who claims he worked as an international spy for the Bureau.

Former FBI agent Lok Thye Lau alleges he worked for the Bureau as a deep undercover agent overseas in the late 1980s. Lau contends the work was of such a stressful and horrific nature that it caused him permanent psychological damage, yet he says the FBI has refused to provide him with the necessary security clearances to pursue proper treatment.

The FBI paints a different picture of Lau. The Bureau claims

Lau is a liar and a petty thief.

However, Lau contends the bureau doesn't want the real story to come out. He alleges the FBI went out of its way to set him up to fail, leading to him being fired in 2000 in the wake of an alleged shoplifting incident. Since then, Lau has been fighting to prove that he was hung out to dry by the FBI because he now knows too much.

The remarkable revelations made by Lau are supported by court records and reams of Freedom of Information Act documents. However, on Oct. 10, U.S. District Court Judge Garland E. Burrell in Sacramento issued an order to seal documents filed in Lau's case. Those papers detail Lau's FBI career and reveal that he conducted undercover work overseas "against hostile and aggressive foreign powers for years."

Specifically, Judge Burrell ordered that a previously public declaration filed in Lau's case be sealed. The judge also ordered the sealing of pleadings in a friend-of-the-court brief filed on Lau's behalf by the League of United Latin American Citizens (LULAC), one of the nation's oldest Hispanic civil-rights groups.

Prior to the judge's ordering the court records sealed, the San Antonio Business Journal had already published a story based on the previously public documents.

The court and FOIA records in Lau's case indicate that the FBI got involved in the spy business at least a decade before 9/11. Although Lau can't discuss the specific nature of his past covert foreign assignment, there are plenty of indications in the public record that point to the likely target country's being China.

This story has major ramifications, both internationally and in the context of the current CIA-related spy scandal plaguing the Bush administration. The sealing of the court records also raises the specter of government censorship in this case.

Lau's case is filed in U.S. District Court in California - Eastern District (2:02-CV-390 USDC California Eastern).

For more on this story, check out the following Web links:

Former federal agent's spy story opens Pandora's box for FBI

http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/story1.html

Judge orders previously public court records sealed in case of former FBI agent

http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/daily12.html

Link to California First Amendment Coalition email newsletter item:

http://www.cfac.org/Attachments/fbi_spy_story.html

Login to post a reply

Back to Freedom of Information

For Members | For Leaders | Chapters | Missions | Join SPJ
Copyright © 1996-2002 Society of Professional Journalists. All Rights Reserved.

**Society of Professional Journalists**
Eugene S. Pulliam National Journalism Center, 3909 N. Meridian St., Indianapolis, IN 46208
317/927-8000 Fax: 317/920-4789 questions@spj.org webmaster@spj.org



**Ashcroft vs. Greenpeace** — www.greenpeaceusa.org/trial
Free speech on trial Find out what's at stake

Related Searches: • fbi • john ashcroft

Ads by Google

get rid of this ad | advertise here



# jalan-jalan...

"Hello, I must be going..." -- Marx (Groucho)

## Sunday, November 30, 2003

## Spy Who Came In Fr. Singapura

**Sit well back** now, search your memory but hold on to your hard disks.

Have you or your country ever been visited by Singapore born Lau Lok Thye? If so he was probably sent on a spying mission.



Evidence filed in court show that Lau, a naturalised US citizen was specially picked by the FBI to do counter-intelligence work abroad soon after he received FBI training. Lau said he did deep undercover work for the FBI on Group 2 assignments, i.e. work taking 6 months or more. Some evidence also show that he had both FBI and CIA handlers and that he'd worked in a 'hostile country...in total chaos.' You may read some of this in Lau's (redacted) Court Declaration. and in the rambling Amicus Curiae document filed by the Hispanic civil rights group, the League of United Latin American Citizens (LULAC).

Not bad you may think, for someone who left Singapore at an early age to become a gum-chewing American. But

### Travels of Beta-Blogger
ß

"To be ignorant of what occurred before you were born is to remain always a child."
—Cicero
ß

### Leave A Message
Poste Restante
ß

### See Beta-Pix
The Eyes of Beta-Blogger

At MoBlog
ß

### Look Back
Spy Who Came In Fr. Singapura
Libido Ergo Spy
Growing Up In Trengganu #9513
Eid Mubarak Everyone!
News From The World of Banking
You Said It
Attaboy, Ken!
Madness Of George II

things aren't good for Lau at the moment. In a civil suit naming John Ashcroft, Attorney General, as defendant, he claims psychological damage from those high risk assignments, that he was badly treated and abandoned by the FBI on his return, racial prejudice even. In 2000 after two "cry for help" shoplifting offences, he was sacked. Reasonable enough complaints considering what happened to Egyptian-born FBI agent Gamal Abdel-Hafiz. [See: News From the World of the FBI]

Lau said that the FBI gave him no 're-entry' help, and that he was so badly stressed after his assignments that he was actually doing things to draw attention. Hell, if it were Singapore it'd have been easy for him to do just that by spitting in the street and expressing loudly a desire for Wrigley's Spearmint; but this was the US, so he did the next best thing. He went to the shops and lifted tooth-paste, bars of soap, paint-brush, things like that. (Moreover, in an interview, Lau said that Singapore is a police state. Tsk. Tsk.)

The FBI says that Lau is a liar and a petty thief and there's no substance to his claim. But later the Government asked for the Court documents to be sealed, and also filed a motion to ask for powers for FBI agents to erase 'classified information' relating to the Lau case from any unauthorised computer hard drives. No substance then? Don't answer the door if you've already downloaded those documents I've just mentioned. The assistant U.S. Attorney defending the FBI against Lau's civil-rights claim is named Kristin S. Door, by the way.

And then FBI agents were sent to Lau's lawyers and LULAC to retrieve documents, and to press the delete button on their hard drives if they'd only allow them. Then, by unhappy coincidence, the office of Dr Bruce Ebert, Lau's psychologist was burgled. Things don't just happen in the U.S. of A but they come down in a torrential rain. Judge Garland E. Burrell Jr. recently declined the Government's requests to put a lid on the case as "unsupported by authority", but there's nothing to stop them from appealing. Meantime their application for the case to be summarily dismissed is pending in the District Court in Sacramento, California.

If anything, what did Lau do? From what little we know, he was involved in 'deep' spying for the FBI, and this may have involved penetration into the activities of the Chinese Tong (Triad) activities outside the US. Then there are indications that he was in China at least once, maybe during the

Bravura Singapura
Achtung, No Headscarves
News From World of Goons III
Growing Up In Trengganu #3273
Royal Table Talk
News From the Land of Goons II
No More Sandstorms
Rumsfeld Knew No Mao
News From the World of Goons
News From the World of Travel II
Goodbye Mahathir

ß

Bloggeria...
AquaCool
Arab Street
Catatan Maya
Clutter World
Je Blog
Kitab Atok
Kura-Kura
Mr Haxa Does The Blogs
My Sanctuary
Perpetual Permutating Perceptions
The Reader
Riverbend
Sangkelate
Turningtables
Veiled4Allah

ß

Archives
July 2003
August 2003
September 2003
October 2003
November 2003
December 2003
Current Posts

ß

Tiananmen 'uprising'. (Did he have a hand in it do you think?). And he probably went to other countries too on spying missions for the FBI or the CIA, or both.

Besides the way he has been treated by the authorities, the latter role raised alarm bells among civil rights people in the US. FBI and CIA...they do make you think of John Ashcroft again, don't they? After the Twin Towers incident he came up with that preposterous Patriot Act which — he said — was necessary to bring down the wall between the two agencies. But what if Lau is right about acting for those agencies even then? Then not for the first time the nose of the Attorney General of the USA will look like it's come straight out of a fairy story. Pinocchio comes to mind.



Some believe this is the reason why the Government is so keen to block press coverage of the Lau case. In a way they succeeded. Most of the US media ignored the story; it broke only in the relatively obscure San Antonio Business Times.

As they say: watch this space. ß

// posted by Beta @ 11:40 AM
Spy Who Came In Fr. Singapura

**Friday, November 28, 2003**

# Libido Ergo Spy

**Capt James Yousef Yee**, a man previously facing charges of spying for the enemy at Guantanamo Bay was released on Eid day, but he still faces new charges while the original ones are dropped. The new ones include accusations that he is a man with a voracious sexual appetite. From spying to sexing is a long way to travel, but the US army is taking these allegations very seriously. Yee, West



PEACEBLOGS.ORG

Documents referring to this site within the last 24 hours (minimum 2 references):

Yahoo! Search Results for [4]
Google [3]

List referrers to your own site with a single Javascript command (free!): click here.







# FBI request to erase classified files nixed

By Ted Bridis, Associated Press

WASHINGTON — The Justice Department sought extraordinary permission to let the FBI conduct a search-and-destroy mission on any computers harboring classified information about a 1980s case that temporarily became public in a lawsuit. A federal judge, however, rejected the idea.

The request from federal prosecutors in Sacramento, was considered highly unusual by legal experts because it did not specify which computers the government believed might contain the classified information or how agents would retrieve and destroy information that already had been made public.

"This stuns me," said Kate Martin, director for the Washington-based Center for National Security Studies. "I have never heard of them asking for such authority before. It's very disturbing that the FBI is contemplating going out and secretly examining hard-drives to see whether they contain this information."

Justice officials said they were reviewing whether to refile their request.

At issue are two court filings in a lawsuit brought by a former FBI counterintelligence agent. The filings made brief references to a one-month undercover trip overseas in late 1987 by the agent, Lok T. Lau, who was fired for shoplifting more than a decade later and is suing over his dismissal.

The documents — still containing the classified material — were available from the courthouse for up to 19 days and copies already have been published on the Internet, including the Web site for the Sacramento-based California First Amendment Coalition, an open-government group.

The organization's lawyer, Terry Francke, said Tuesday he had not yet been contacted by prosecutors or the FBI.

The government didn't tell the judge how it might determine who copied the classified material onto the computers, nor did it suggest whether it already has searched anyone's hard drives for the documents.

The unorthodox legal skirmish in Sacramento occurs amid heightened sensitivity within the Bush administration over intelligence leaks, as the Justice Department tries to find out who revealed the name of the undercover CIA officer married to former Ambassador Joseph C. Wilson.

"It's completely unheard of that the FBI would try to exercise that kind of control," said James X. Dempsey, an expert on national security with the Center for Democracy and Technology in Washington.

U.S. District Judge Garland E. Burrell Jr. agreed with the government's request to remove the classified documents from the court file and substitute sanitized versions. But in his decision last week, Burrell rejected as "unsupported by authority" the government's broader request to seek out and delete any electronic copies that might have been downloaded onto others' computers before they were effectively sealed.

The classified sections of the court papers describe a covert mission by Lau in November 1987 to a country he doesn't identify. Lau said he was warned the night before his trip that one of the FBI's "highly placed assets" betrayed his identity as an undercover FBI agent, but, to avoid confirming the disclosure, he did not cancel the trip.

"Personnel armed with machine guns were a constant reminder to me of my fate if something went wrong, and

there were frequent roadblocks on my route of travel," Lau wrote. "I anticipated death on several occasions, but I somehow survived it all."

Lau argued that the stress of his undercover assignments led to what he describes as his "aberrant" behavior that resulted in his firing. He said he was unconcerned he might be prosecuted for disclosing classified information, noting that he withheld some details from his court papers, such as the country where his mission took place.

"I know the bureau will try to prosecute me and discredit me at every opportunity," Lau said. "Whatever national security argument the FBI is making is hogwash."

Burrell denied the government's Oct. 10 motion "without prejudice," meaning prosecutors may renew their request.

Assistant U.S. Attorney Kristin S. Door said she was researching laws that might support such a decision. Door acknowledged that even she doesn't have sufficient government clearance to read the classified documents.

"We're hoping there has been no harm," Door said. "As soon as the FBI determined it was classified, we moved promptly to try to retrieve it from the public record."

---

Copyright 2003 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**Find this article at:**
http://www.usatoday.com/tech/news/techpolicy/2003-10-22-fbi-hard-drive-snooping_x.htm

☐  Check the box to include the list of links referenced in the article.

10 December 2003
Updated: 18:38 GMT

# The A Register



**FBI Shirts, Shorts & Hats**
Agent shirts, Anti-Terrorism Unit, Forensics, FBI Academy apparel too!

**FBI File Search**
Access to FBI Records Nothing to Download

Ads by Google

**Search The Register**
Go!





**Register Services**
Register ISP
Reg Jobsearch
Reg Merchandise
Bookstore
Mobile, Wireless, PDA Store
Reg Reader Studies
Research Store
Events & Training

**Sections**
Front Page
Software
Enterprise Systems
Servers
Storage
Personal Hardware
Semiconductors
Internet
Security
Virus News
Business
Data Networking
Bootnotes
This Week's Headlines



Wireless - Operators
Wireless - Mobile Devices
Wireless - WLAN

## US govt. can't 'search and destroy' leaked secrets

By John Leyden
Posted: 27/10/2003 at 14:40 GMT

A US judge has turned down a Justice Department request to seek out and delete online records about classified information that temporarily became public as the result of a lawsuit.



*The Register Research Store* Click for IT directions

AP reports that legal experts considered the government motion "highly unusual" because it failed to name the computers on which the information was held nor specify how the government would retrieve and destroy information already made public.

Assistant US Attorney Kristin S Door in Sacramento told the news agency that she was reviewing legal material for grounds on which the government might renew its request.

The sensitive data relates to court documents filed by a former FBI counterintelligence agent, Lok T Lau, who is suing his former employer for wrongful dismissal. Lau was dismissed in the late 1990s for shoplifting. He claims this "aberrant" behaviour resulted from the stress of these undercover assignments, which the government failed to take into account when considering his case.

Wireless - Mobile Data

Broadband

The Mac Channel

Channel Flannel

Small Business

Reviews

BOFH

Letters

Site News

Contact us

The F
Ev

SQL
and S
27 Ja
Readi

List yo
semin
course

Court documents in the case, which contain references to a classified one-month undercover overseas trip by Lau to an unnamed country in late 1987, were available at the courthouse for 19 days and published on the Net by groups including the California First Amendment Coalition, AP reports.

US District Judge Garland E Burrell Jr. supported a government request to exorcise classified documents from court files on the case but he rejected a broader request to would have allowed Justice Department officers to "seek and destroy" electronic copies of the classified documents.

The FBI usually abandons attempts to protect classified documents once they become widely accessible to the public. In this case, the government has decided to go the extra yard in its attempts to put the Genie back into the bottle. ®

**The Reg Newsletter**
Enter your email address here for our daily news update

Subscribe
Privacy Policy

Get the Reg Screensaver

Reg RSS Feed

Join the Reg SETI group
Join Reg Cancerbusters

✪ Free your laptop with the Mobile Office Card
✪ You bestride the midfield of IT like a colossus - Jobsite
✪ Take control with BT's IP Telephony
✪ All the latest gadgets in The Reg Mobile, Wireless & PDA Store
✪ Rackspace, the first host to offer Red Hat Enterprise, exclusive offer!
✪ Maglites at Cash'n'Carrion

This is G o o g l e's cache of http://www.nogw.com/cia.html.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:2IvMlFFVUCUJ:www.nogw.com/cia.html+Lok++Lau,+FBI&hl=en&ie=UTF-8

Google is not affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: lok lau fbi

**LINKS**

Cointel.org -
COINTELPRO is an
acronym for the
FBI's domestic
"counterintelligence
programs" to
neutralize political
dissidents.

Covert Operations

The Dossier A
collection of video
and news articles

Barbara
Hartwell .com
Former mind
controlled slave,
survivor of MK
ULTRA and
PHOENIX Projects

LigntScion CIA
section

A Timeline of CIA
Atrocities By Steve
Kangas

**MOVIES**

Chavez: Inside
The Coup

# George W. Bush - Terrorist in the White House

## NSA, CIA & Spies



Gen. Gehlen in the middle was imported along with his Gestapo by the Dulles Brothers
after WWII to help setup and train the CIA (operation paperclip)

A CIA Officer's Calamitous Choices By Jerry Meldon May 15, 2003

A Timeline of CIA Atrocities by Steve Kangas

---

### ARTICLES

For articles on Chemtrails please see the Aluminum & Heavy Metals Section

Uncle Sam's lucky finds Anne Karpf Tuesday March 19, 2002 The Guardian - In less than a
week came another find; two blocks away from the twin towers, in the shape of Atta's
passport. We had all seen the blizzard of paper rain down from the towers, but the idea
that Atta's passport had escaped from that inferno unsinged would have tested the
credulity of the staunchest supporter of the **FBI's** crackdown on terrorism.

CIA warns of designer bio-weapons From correspondents in Washington 17nov03 [This
story released the same day Mossad is warning about further attacks on Jewish people.

**NAVIGATION BAR**
HOME
THIS SITE          ▶
OTHER SITES      ▶
SITE MAP

Aren't they just the most helpful sister agencies you can ask for. They must be planning something big! -ed.]

Suppressed Details of Criminal Insider Trading lead directly into the CIA`s Highest Ranks CIA Executive Director "Buzzy" Krongard managed Firm that handled "put" Options on UAL by Michael C. Ruppert FTW Publications, 9 October 2001 - That evidence also demonstrates that, in the case of at least one of these trades -- which has left a $2.5 million prize unclaimed -- the firm used to place the "put options" on United Airlines stock was, until 1998, managed by the man who is now in the number three Executive Director position at the Central Intelligence Agency. Until 1997 A.B. "Buzzy" Krongard had been Chairman of the investment bank A.B. Brown. A.B. Brown was acquired by Banker's Trust in 1997. Krongard then became, as part of the merger, Vice Chairman of Banker's Trust-AB Brown, one of 20 major U.S. banks named by Senator Carl Levin this year as being connected to money laundering.

CIA Target: Americans
Officials: U.S. Citizens Working for Al Qaeda Can Be Killed in CIA Actions By John J. Lumpkin - "It's just a matter of common respect for the family here. After all, they are U.S. citizens." He added that Derwish "has not been tried and has not been found guilty, so, in that sense, he's still an innocent American who was killed. That's what the law states."

The spy who was left out in the cold By Gary Webb - Former **FBI** official Vasquez believes the travails of Lo**x** Lau are a tragedy. "The **FBI** used Mr Lau and then, when it was over, discarded him," Vasquez stated.

Chavez accuses CIA as bombings rock Venezuela AFP , CARACAS Wednesday, Oct 08, 2003 - "Let them declassify the secret documents on CIA involvement and their financing of undercover activities during 2002-2003 because we have hard evidence that the terrorist attacks were planned," he said.

Former CIA agent tells: How US infiltrates "civil society" to overthrow governments BY PHILIP AGEE 08/03/03 - The CIA and the Agency for International Development (AID) would have key roles in this program as well as a new organisation christened in 1983 — the National Endowment for Democracy (NED).

Disinformation Busted! CIA posing as Al Qaeda muslamaniacs at jihadunspun.com - the NWO reinforces the assertion it made on Sept.11th by bringing down those towers by "heated jet fuel ": The war of civilisations is on : Binladen after grandly bringing down the towers now seeks to further his Jihad on the West.

Screw You Right Back CIA FU! By BEN TRIPP - I'm just guessing here, but it seems to me that an agency willing to overthrow the government of Guatemala in the name of banana imports ought to have no problem saying "screw you right back" to a bunch of venal, inbred frat boys blundering their way through their last terms in public office.

Venezuelan Intelligence Sources Warn Of USA-CIA Backed Coup Attempt 10/10/03 - VHeadline.com readers will be aware that this e-publication broke the news of a CIA plot early in 2002 http://www.vheadline.com/readnews.asp?id=8631 as a preliminary to the opposition-launched coup d'etat in April which saw President Hugo Chavez Frias taken prisoner and the installation of USA puppet dictator Pedro Carmona Estanga for just two days during which he dissolved the Constitution, Parliament and the Judiciary in one fell swoop.

CIA enraged by cynical White House end-run around its sources By ERIC MARGOLIS - WASHINGTON, D.C. -- For the Bush administration, which has wrapped itself in faux patriotism, accusations that it revealed the identity of a serving CIA agent are a huge political embarrassment and another blow to its sinking credibility.

CIA created fake mullahs Tuesday 23 September 2003 - The claim is made in "The CIA at War" by Ronald Kessler, an investigative reporter and author of several books about the

# The Freedom of Information Center

## Federal judge seals records alleging FBI's involvement in international spy business



By Bill Conroy
San Antonio Business Journal
Oct. 13, 2003

A judge in federal court in Sacramento has issued an order sealing previously public court documents in a sensational case that involves a former FBI agent who claims he worked as an international spy for the Bureau.

Former FBI agent Lok Thye Lau alleges he worked for the Bureau as a deep undercover agent overseas in the late 1980s. Lau contends the work was of such a stressful and horrific nature that it caused him permanent psychological damage, yet he says the FBI has refused to provide him with the necessary security clearances to pursue proper treatment.

The FBI paints a different picture of Lau. The Bureau claims Lau is a liar and a petty thief.

However, Lau contends the bureau doesn't want the real story to come out. He alleges the FBI went out of its way to set him up to fail, leading to him being fired in 2000 in the wake of an alleged shoplifting incident. Since then, Lau has been fighting to prove that he was hung out to dry by the FBI because he now knows too much.

The remarkable revelations made by Lau are supported by court records and reams of Freedom of Information Act documents. However, on Oct. 10, U.S. District Court Judge Garland E. Burrell in Sacramento issued an order to seal documents filed in Lau's case. Those papers detail Lau's FBI career and reveal that he conducted undercover work overseas "against hostile and aggressive foreign powers for years."

Specifically, Judge Burrell ordered that a previously public declaration filed in Lau's case be sealed. The judge also ordered the sealing of pleadings in a friend-of-the-court brief filed on Lau's behalf by the League of United Latin American Citizens (LULAC), one of the nation's oldest Hispanic civil-rights groups.

Prior to the judge's ordering the court records sealed, the San Antonio Business Journal had already published a story based on the previously public documents.

The court and FOIA records in Lau's case indicate that the FBI got involved in the spy business at least a decade before 9/11. Although Lau can't discuss the specific nature of his past covert foreign assignment, there are plenty of indications in the public record that point to the likely target country's being China.

This story has major ramifications, both internationally and in the context of the current CIA-related spy scandal plaguing the Bush administration. The sealing of the court records also raises the specter of government censorship in this case.

Lau's case is filed in U.S. District Court in California - Eastern District (2:02-CV-390 USDC California Eastern).

© 2003 American City Business Journals, Inc.

Return to FOI Center Main Page

Federal judge seals records and go.. B

This page was last updated on: Oct. 22, 2003.

San Antonio Business Journal - November 10, 2003
http://sanantonio.bizjournals.com/sanantonio/stories/2003/11/10/story3.html



# SAN ANTONIO BUSINESS JOURNAL
### THE ESSENTIAL BUSINESS TOOL

## EXCLUSIVE REPORTS

## LULAC seeks sanctions against government in Lau spy case

**Bill Conroy**

A Hispanic civil rights group is seeking sanctions against the FBI and the U.S. Attorney's office in Sacramento, Calif., alleging that those federal agencies have engaged in "acts of outrageous and unconscionable misconduct."

The San Antonio district of the League of United Latin American Citizens (LULAC) lodged the motion for sanctions earlier this week in U.S. District Court in Sacramento. The motion is related to a controversial civil rights case filed in the same federal court by former FBI agent Lok Thye Lau -- who claims he worked as an international spy for the FBI.

LULAC filed a friend-of-the-court brief in support of Lau's case in late September. LULAC's brief remained in the public court record for about two weeks before it was sealed by a federal judge in the wake of the government alleging the pleadings contained classified information.

LULAC's recent motion for sanctions claims the government misrepresented the facts in its efforts to seal the brief and overstepped its legal authority in subsequent efforts to reclaim copies of the legal pleadings from LULAC and Lau's attorneys.

LULAC also contends the government's actions impugned the patriotism of the civil rights group.

"LULAC resents and disputes the assertion that it released any classified documents or that it has any classified materials in its possession," LULAC's pleadings state. "No one in the government camp should be above the law and be able to question, with impunity, LULAC's patriotism."

U.S. District Judge Gardland E. Burrell on Nov. 3 issued an order dismissing Lau's civil rights lawsuit based on a motion for summary judgment filed by the government. However, Lau says he plans to file a motion asking the judge to reconsider that ruling based, in part, on the government's alleged misconduct in his case.

Should the judge decline to grant that motion, Lau says he will take his case to the U.S. Court of Appeals.

Lau's attorney, El Paso-based Tony Silva, adds that because Burrell is a "conservative jurist" his ruling is not surprising.

"However, it is surprising that the (government's) arguments were accepted virtually intact, and a large portion of admissible evidence was either ignored or not mentioned (in the ruling)," Silva says. "... We expect a different result on appeal."

Patty Pontello, spokeswoman for the U.S. Attorney's Office in Sacramento, declined to comment on Lau's case.

## The case

Lau alleges he worked for the FBI on a deep undercover assignment overseas in the late 1980s. He contends the work was of such a stressful and horrific nature that it caused him permanent psychological damage, yet he says the FBI has refused to provide him with the necessary security clearances to pursue proper treatment.

The FBI paints a different picture of Lau. The Bureau claims Lau is a liar and a petty thief.

However, Lau alleges the Bureau does not want the real story to come out. He claims the FBI went out of its way to set him up to fail, leading to him being fired in 2000 in the wake of an alleged shoplifting incident. Since then, Lau has been fighting to prove that he was hung out to dry by the FBI because he now knows too much.

Lau filed a declaration in federal court in Sacramento in late September that detailed his FBI career and the fact that he had to "work against hostile and aggressive foreign powers for years." Although he is precluded from discussing specifics about that assignment due to national security concerns, the public record available on his case indicates that the likely target country was China.

In addition to LULAC's friend-of-the-court brief, the federal judge in the case, Burrell, also sealed Lau's declaration -- some three weeks after it was filed with the court. The government alleged that it, too, contained classified information.

Both the declaration and LULAC's brief have been replaced with redacted documents that have been sanitized to remove the alleged classified information.

In addition to asking the judge to seal the court pleadings, the U.S. Attorney's Office and FBI sought permission from the court to retrieve copies of the documents from Lau's attorneys and LULAC. They also sought court permission to seize any computer that they suspected of containing the previously public court documents.

This would have allowed the FBI to also seize computers from media organizations covering the story, including the Business Journal -- which published an exclusive report about Lau's case based on the court documents before they were sealed.

Judge Burrell, in an Oct. 15 ruling, refused to grant the FBI the power to seize computers or documents outside the court. The government does have the option of renewing that request, however.

Despite the judge's ruling, LULAC and Lau's attorneys allege that the U.S. Attorney's Office in Sacramento still decided to pressure them to turn over documents and computers to the FBI.

According to LULAC, on Oct. 22 an official from the U.S. Attorney's Office contacted the group seeking the return of any classified material. The official stated that he wanted to "shut down media coverage" on the case, says LULAC spokeswoman Julie Marquez.

"LULAC ... refused to turn over anything because LULAC denied that it was in possession of any classified materials," the group's motion for sanctions states.

LULAC contends further in its pleadings that officials with the U.S. Attorney's Office in Sacramento knew there was no court order authorizing them to retrieve documents or computers, yet "they engaged in that outrageous misconduct anyway."

"For engaging in actions that were specifically denied them in the court's order, the government should be sanctioned," LULAC argues in its motion.

Doug Hendricks, senior counsel to the U.S. Attorney in Sacramento, has declined to comment about the calls his office made to Lau's attorneys and LULAC seeking the return of copies of the sealed court documents.

# Open secrets

At issue in Lau's declaration and LULAC's friend-of-the-court brief are statements that allude to Lau's undercover work in a foreign country. The FBI contends that such references represent classified information.

However, LULAC points out in its motion for sanctions that references to Lau's covert overseas assignment have appeared previously in legal proceedings -- one dating back to 2000 -- yet the government has taken no action to seal those records.

Specifically, those references appear in the transcript of Lau's hearing before the Access Review Committee (ARC), a federal authority that deals with questions of access to classified information. As part of his dismissal process from the FBI, Lau's security clearance also was yanked by the ARC.

The committee, after holding a hearing in July 2000 where Lau's undercover overseas assignment was discussed, did find fault with the FBI's handling of Lau's case, according to court records. But the committee was only charged with reviewing Lau's security clearance and had no power to act with respect to the FBI's decision to fire him.

The committee's findings and a transcript of the hearing where Lau's covert foreign assignment is mentioned were distributed to individuals who lacked proper security clearances, including Lau's attorney, according to LULAC's pleadings.

The ARC transcript is not the only example of Lau's overseas assignment being exposed.

Forensic psychologist Dr. Bruce Ebert prepared a written evaluation of Lau in the summer of 2002 in which he diagnosed him with severe depression and post traumatic stress disorder -- a condition caused by exposure to extreme stress. As part of the evaluation, Ebert included a chronology detailing Lau's FBI career. That chronology makes references to Lau's undercover overseas assignment.

Ebert's evaluation and the attached chronology also were provided to individuals lacking security clearances at a number of government entities, including the Equal Employment Opportunity Commission, the Department of Labor and the U.S. Attorney's Office, LULAC contends.

This is further evidence that the information in Lau's declaration and LULAC's brief should not have been deemed classified, the civil rights group argues.

"For the government to assert there were any classified documents is simply absurd," LULAC states in its court pleadings. "The ARC report was authored by (U.S. Deputy Attorney General) Mr. John C. Vail, who also served as the chair of the ARC committee."

LULAC is asking the court to order the government to "cease and desist in their illegal and immoral abuse of power," which the civil rights group claims has included "thinly veiled threats of potential criminal prosecution" and efforts to seize "computer hard drives."

"The FBI, in this case, is engaged in a cover-up and that, simply put, cannot be permitted," LULAC argues in its sanctions motion. "The issues related to the national security of our nation, the way that we treat the subjects who engage in providing our government with human intelligence and the fact that we are, in the final analysis, a moral country, requires that this case ... be debated publicly, thoughtfully and in good faith by those who make the momentous decision that affect our way of life."

LULAC also is requesting that the court set a hearing date to consider the group's motion for sanctions against the government.

"This court should ... sanction the government by finding them in contempt of court and impose a fine

commensurate with their violation of the court order. ..." LULAC's pleadings conclude.

Even if Judge Burrell declines to reconsider his recent ruling dismissing Lau's case, Marquez says LULAC's motion for sanctions against the government will at least become part of the public record in his case.

"The judge can even choose to strike our motion, but once it's filed, it's in the public arena," Marquez says.

## Curiouser and curiouser

The future of Lau's civil rights claim in federal court is not the only matter on LULAC's plate. Also raised as an issue in the group's motion for sanctions is the fact that the office of Lau's psychologist, Dr. Ebert, was recently burglarized.

That burglary occurred on either the evening of Oct. 4 or the morning of Oct. 5, according to Ebert, who is an expert witness in Lau's case. (An earlier report incorrectly stated that the burglary occurred during the last weekend of September.)

Lau's declaration and LULAC's friend-of-the-court brief were filed with the court on Sept. 22 and Sept. 30, respectively. The government filed its initial motion to seal those pleadings on Oct. 7.

"It was a very significant burglary, and there were several other offices in my complex broken into, but my office was hit the hardest," Ebert says. "... I would say it is a little suspicious because of some of the facts (related to the break-in)."

Ebert does handle a number of high-profile cases, so the burglary could have been related to a case other than Lau's, or it may have been nothing more than a simple burglary, Ebert concedes. However, what makes the crime curious, Ebert adds, is that the burglars appeared to pay special attention to his office.

"Every single drawer in my desk was opened (the locks pried opened) and there appeared to be an effort to ransack through the papers, and that was not the case in the other offices (that were burglarized)," Ebert says.

He adds that a box of intelligence tests secured out-of-sight in a closed armoire was removed and searched. In addition, Ebert says all of his computers were stolen, yet a number of other valuables were left behind -- including computer monitors, a TV and three brand new computer scanners.

The police department is investigating the crime, Ebert adds, and may have found at least one clue, a latent fingerprint left on a box. "A number of people have asked me if I have reason to suspect that I may have been targeted," Ebert says. "... I just don't know what happened."

In any event, Ebert did say if the burglars were after Lau's files, they didn't find anything, as he had taken the precaution of securing those files in a safe location outside of his office.

"It is highly suspect that Dr. Ebert's office in Sacramento ... has been recently burglarized," LULAC's motion for sanctions states. "One is led to the inescapable similarity to the Pentagon Papers case of Dr. Daniel Ellsberg and the 'burglary' of his, Ellsberg's, psychiatrist (office). Coincidence? Perhaps so, if one believes in coincidences."

*For more on this story, go to*
*http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/20/daily42.html*

© 2003 American City Business Journals Inc.

→ Web reprint information

*All contents of this site © American City Business Journals Inc. All rights reserved.*

 **sf.indymedia.org**



**About Us**          **Contact Us**          **Subscribe**          **Calendar**          **Publish**          ☐ ■ ■ ☐

features
- latest news
- housing news
- forest news
- police news
- anti-war news
- labor news
- drug war news
- wto/ftaa news
- commentary



anti-war feature

make media
participate
archives
chat

[ español ▼ ]
[ Translate ]

links
donate
sf-active
imc network

printable version - email this article

**FBI Spy Revelation Could be a Thread That Unravels the Bureau**
by Bill Conroy *Sunday November 02, 2003 at 06:51 PM*

Evidence has surfaced recently that the FBI has been spying on foreign nations for years.

The revelation is so sensitive that in the wake of the secret surfacing, the FBI has embarked on a mad scramble to cover up the evidence. The Bureau has gone as far as to pressure a federal judge into sealing previously public court records that open a window on the FBI's overseas spying mission.

In addition, with the help of the U.S. Attorney's Office (John Ashcroft's Justice Department) the FBI also sought, through a proposed court order, to seize any computer anywhere that the Bureau suspected might have contained the sensitive court pleadings.

The controversy stems from a civil rights case filed in federal court in Sacramento, Calif., by former FBI agent Lok Thye Lau. In his case, Lau filed a Declaration in late September that detailed his FBI career and the fact that he was engaged as a spy in a dangerous undercover assignment that required him to "work against hostile and aggressive foreign powers for years." Although he is precluded from discussing specifics about that assignment due to national security concerns, the public record available on his case indicates that the likely target country was China.

Why have you heard so little about this case? Well, for the most part, the mainstream media has ignored it – and consequently, the serious implications raised for civil liberties in this country. As evidence of how the big media was asleep at the wheel in this case, it was the San Antonio Business Journal, a small weekly in South Texas, that broke the story in early October.

After the Business Journal's story was already in print, a federal judge sealed the public court records that the newspaper used for that story. Those records included Lau's Declaration and a friend-of-the-court brief filed by the League of United Latin American Citizens (LULAC), one of the nation's oldest Hispanic civil rights groups.

In addition, after the Business Journal's story had hit the streets, the U.S. Attorney's Office and FBI sought permission from the court to seize any computer that they suspected of containing the previously public court documents. The court, for now, has refused to grant the FBI that power.

The Associated Press followed the Business Journal's exclusive by publishing a story on the government's efforts to seize computers. In addition, several 1st Amendment press organizations have given the story attention – such as the Reporters Committee for Freedom of the Press.

The California First Amendment Coalition put its neck on the line by actually posting the controversial "sealed" court pleadings on its Web site at http://www.cfac.org/Attachments/fbi_spy_story.html. A Web blog (bigleftoutside.com) also stepped out on a limb and put links to the pleadings on its site.

The latest development in this breaking story was an effort by the U.S. Attorney's Office in Sacramento to pressure LULAC and Lau's lawyers to turn over documents and computers to the FBI absent a court order.

According to LULAC, the official from the U.S. Attorney's Office who contacted the group stated that he wanted to "shut down media coverage" on the case.

So why all the fuss?

Maybe the FBI has a genuine concern that the information in Lau's Declaration, which they allowed to remain in the public court record for some three weeks, now represents a threat to ongoing FBI spying methods and sources. But, if that's really the case, then why was Lau put back in the field after his undercover assignment as a quite in-the-open FBI agent? And why did the FBI allow Lau's legal claim to progress so far in the court system?

Could there be something else at play here?

If you recall, the American people were told immediately following 9/11 that the FBI (a domestic law enforcement agency) and the CIA (an overseas intelligence agency) were hamstrung by their agency turf limitations and their inability to share intelligence information. To solve the problem, Attorney General Ashcroft brought us the Patriot Act, which broke down the wall between the FBI and CIA in the intelligence game.

Well, if Lau's spy story is true, then that wall may have never existed to begin with, and Ashcroft's Patriot Act argument was based on a false premise. And an even bigger issue looms, one that may offer a hint as to why the Justice Department wants to "shut down" the press coverage of Lau's case.

If the FBI was operating spies in foreign countries prior to 9/11 – and with Lau, it would seem that was the case dating back to the mid-1980s – what happened to that intelligence information? Could it have been helpful in preventing 9/11? Who in our government knew or sanctioned such spying activity?

Such questions reach into the very nerve center of power in this country, and they are questions that undoubtedly unnerve those in power – which may be why there is now an effort on the part of the Justice Department to seal previously public records and to intimidate anyone who might try to shed further light on this case.

(For more news coverage of this issue, go to http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/20/daily42.html )

Bill Conroy (Wkc6428@aol.com), a former investigative reporter for the Shepherd-Express in Milwaukee, is currently the editor of the San Antonio Business Journal. The opinions expressed in this article are those of its author and do not necessarily represent the views of the San Antonio Business Journal or its parent company.

add your comments

IMC Network: www.indymedia.org africa: ambazonia nigeria south africa canada: alberta hamilton maritimes montreal ontario ottawa quebec thunder bay vancouver victoria windsor east asia: japan europe: andorra athens austria barcelona belgium belgrade bristol cyprus estrecho / madiaq euskal herria galiza germany hungary ireland istanbul italy liege lille madrid nantes netherlands nice norway paris poland portugal prague russia sweden switzerland thessaloniki united kingdom west vlaanderen latin america: argentina bolivia brasil chiapas chile colombia ecuador mexico peru puerto rico qollasuyu rosario sonora tijuana uruguay oceania: adelaide aotearoa brisbane jakarta manila melbourne perth sydney south asia: india mumbai united states: arizona arkansas atlanta austin baltimore boston buffalo chicago cleveland danbury, ct dc hawaii houston idaho ithaca la madison maine michigan milwaukee minneapolis/st. paul new jersey new mexico new orleans north carolina north texas ny capital nyc oklahoma philadelphia pittsburgh portland richmond rochester rocky mountain rogue valley san diego san francisco bay area santa cruz, ca seattle st louis tallahassee-red hills tennessee urbana-champaign utah vermont western mass west asia: beirut israel palestine process: discussion fbi/legal updates indymedia faq mailing lists process & imc docs tech volunteer projects: climate oceania print radio satellite tv video

© 2000-2003 San Francisco IMC. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the San Francisco IMC. Disclaimer | Privacy

San Antonio Business Journal - October 21, 2003
http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/20/daily11.html



**SAN ANTONIO**
# BUSINESS JOURNAL
### THE ESSENTIAL BUSINESS TOOL

## LATEST NEWS

October 21, 2003

### Media's computers are on FBI's radar screen in Lau spy case

**Bill Conroy**

Attorneys for the U.S. government recently asked a federal judge for a court order to allow an FBI "computer specialist" to remove from "any computer hard drives" certain public court records that the government was seeking to have sealed due to alleged national security concerns.

The court records being targeted by the government are part of a civil-rights lawsuit filed by Lok Thye Lau -- a former FBI agent who claims he worked as an international spy for the Bureau. The court documents of concern to the U.S. government include the following:

- A Declaration filed by Lau that details his career as an FBI agent and includes the revelation that he conducted undercover work overseas "against hostile and aggressive foreign powers for years."
- Friend-of-the-court pleadings (an amicus curiae brief) filed by the League of United Latin American Citizens, one of the nation's oldest Hispanic civil rights groups.

The sweeping nature of the order sought by the government could have allowed FBI agents to scour the computers of the San Antonio Business Journal, which published a story based on the court documents while they were still public records. The order also could have allowed FBI agents to raid the computers of the California First Amendment Coalition (CFAC), which has placed the subject court records on the organization's Web site.

CFAC is a nonprofit First Amendment advocacy organization whose membership consists of representatives from a broad range of mainstream California media outlets, including daily newspapers, wire services and electronic media.

Former FBI agent Lau has filed a civil-rights lawsuit in federal court in Sacramento, Calif., alleging he was discriminated against by the FBI because of his race and psychological disability -- a disability he claims was caused by the extreme stress of his five-year FBI undercover assignment. He alleges further that the FBI has refused to provide him with the necessary security clearances to pursue his legal claims properly or to obtain needed medical treatment.

The FBI claims Lau is a liar and a petty thief.

Kristin S. Door, the assistant U.S. Attorney defending the FBI against a civil-rights claim filed by Lau, described Lau's case as "pretty straight-forward."

"He (Lau) claims he was fired because he's Chinese, from Singapore, but he was fired because he shoplifted and then lied about it," Door said in a recent phone interview about the case.

Door adds that Lau's case "doesn't have all these mysterious cloak-and-dagger overtones that Mr. Lau is trying to convince everyone it does. It's a straight-forward disciplinary action."

However, Lau contends the bureau doesn't want the real story to come out concerning his overseas covert activities. He alleges the FBI went out of its way to set him up to fail, leading to him being fired in 2000 in the wake of the alleged shoplifting incident. Since then, Lau has been fighting to prove that he was hung out to dry by the FBI because he now knows too much.

"The FBI used Mr. Lau and then when it was over discarded him. Along the way, the FBI did nothing to support him," states former undercover FBI agent John Vasquez in legal pleadings filed in federal court on Lau's behalf.

Vasquez, who retired from the FBI as unit chief of training, research and development for the FBI, is the founder of the Bureau's Safeguard Unit, which evaluates potential FBI undercover candidates and continues to monitor and counsel those agents once they are in the field.

The remarkable revelations made by Lau are also supported by other court records and reams of Freedom of Information Act documents.

However, based on the government's request, U.S. District Court Judge Garland E. Burrell Jr. recently issued an order to seal the previously public Declaration filed in Lau's case as well as LULAC's friend-of-the-court brief. The sealed documents were replaced with documents redacted to remove the alleged sensitive national-security material.

Prior to the judge's ordering that the court records be sealed, the San Antonio Business Journal had already published a story based on the previously public court documents.

In addition to sealing the court documents, the government's pleadings asked the judge to go a step further.

"Finally, if Lau's Declaration and (LULAC's) amicus brief are located on any computer hard drives that are not authorized to contain classified information, defendant (Attorney General of the United States) John Ashcroft respectfully requests that this court order that an FBI computer specialist be permitted to remove the specific files containing classified information from the unauthorized computer," state pleadings filed in federal court in Sacramento by Assistant U.S. Attorney Door.

Judge Burrell declined to grant that portion of the government's request, indicating that the request "is unsupported by authority" of the court. However, the government does have the option of appealing his decision. Lau's civil-rights lawsuit is currently pending a ruling on the government's motion to dismiss the case on summary judgment.

The court and FOIA records in Lau's case indicate that the FBI got involved in the spy business at least a decade before the 9/11 terrorist attacks. Although Lau cannot discuss the specific nature of his past covert foreign assignment, there are plenty of indications in the public record that point to the likely target country being China.

Terry Francke, general counsel for CFAC, says he is not familiar with another case in which the government has attempted to classify court records filed by a third party such as LULAC, particularly when those records "had already been available in the public domain for some period."

Francke adds that even though he questions where the court draws its authority to seal such documents, "I'm glad the court recognized the difference between that step and the more radical step of seizing information from computers in the private sector, particularly when that information consists of records once in the public domain."

*For more on this case, check out the following Web link:*
*sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/story1.html*

© 2003 American City Business Journals Inc.

→ Web reprint information

*All contents of this site © American City Business Journals Inc. All rights reserved.*

where state vs. federal issues are still fought on riverbeds, at nuclear s
the courts. A broad spectrum including liberals, conservatives, Libertar
Hispanic activists rallied in three corners of the state this week, calling
to join Alaska, Hawaii and Vermont and 210 U.S. communities that hav
resolutions urging curbs on the Patriot Act. 'The fact that this issue cro:
political spectrum really lends credibility to the concern,' said Janine Ha
Sparks, president of the conservative Nevada Eagle Forum... Peggy Ma
Las Vegas heads Citizen Alert, a statewide activist organization that ad
opposition to the Patriot Act to its battle to stop the federal governmen
building a national nuclear waste dump in the southern Nevada desert.



### The Constitution-Shredding Patriot Act: It's Not Just for Fightin
Y'Know
05-Nov-03
USA Patriot Act

"The investigation of strip club owner Michael Galardi and numerous pc
appears to be the first time federal authorities have used the Patriot Ac
corruption probe. Government officials said Tuesday they knew of no o
instances in which federal agents investigating allegations such as rack
bribery of politicians have employed the act... Sen. Harry Reid, D-Nev.
Congress intended the Patriot Act to help federal authorities root out th
terrorists and spies after the Sept. 11, 2001, attacks. 'The law was inte
activities related to terrorism and not to naked women,' said Reid, who
whip is the second most powerful Democrat in the Senate. Rep. Shelley
Nev., said she was preparing an inquiry to the FBI about its guidelines
Patriot Act in cases that don't involve terrorism. The law makes it easy
rights to be abused, she said."



### FBI Desperately Tries to Scrub Evidence of Illegal Spying
01-Nov-03
USA Patriot Act

"Evidence has surfaced recently that the FBI has been spying on foreig
years... The controversy stems from a civil rights case filed... by forme
Lok Thye Lau [who] filed a Declaration in late September that detailed
career and the fact that he was engaged as a spy in a dangerous unde
assignment that required him to 'work against hostile and aggressive fo
for years.' [probably China]... the American people were told immediat
9/11 that the FBI (a domestic law enforcement agency) and the CIA (a
intelligence agency) were hamstrung by their agency turf limitations ar
inability to share intelligence information. To solve the problem, Attorn
Ashcroft brought us the Patriot Act, which broke down the wall betweer
CIA in the intelligence game. Well, if Lau's spy story is true, then that \
have never existed to begin with, and Ashcroft's Patriot Act argument \
on" A LIE.





### Tell Congress To Repeal the Patriot Act -- and To Stop Patriot Ac

Link
Via Bookslut

posted at 20:

**Bwahaahaa**



posted at 19:

**Wed, 05 Nov 2003**

**Nothing to See Here**

Attorneys for the U.S. government recently asked a federal judge for a court order to allow an FBI "computer specialist" to remove from "any computer hard drives" certain public court records that the government was seeking to have sealed due to alleged national security concerns.

The court records being targeted by the government are part of a civil-rights lawsuit filed by Lok Thye Lau -- a former FBI agent who claims he worked as an international spy for the Bureau. The court documents of concern to the U.S. government include the following:

* A Declaration filed by Lau that details his career as an FBI agent and includes the revelation that he conducted undercover work overseas "against hostile and aggressive foreign powers for years."
* Friend-of-the-court pleadings (an amicus curiae brief) filed by the League of United Latin American Citizens, one of the nation's oldest Hispanic civil rights groups.

The sweeping nature of the order sought by the government could have allowed FBI agents to

scour the computers of the San Antonio Business Journal, which published a story based on the court documents while they were still public records. The order also could have allowed FBI agents to raid the computers of the California First Amendment Coalition (CFAC), which has placed the subject court records on the organization's Web site.

...

Kristin S. Door, the assistant U.S. Attorney defending the FBI against a civil-rights claim filed by Lau, described Lau's case as "pretty straight-forward."

"He (Lau) claims he was fired because he's Chinese, from Singapore, but he was fired because he shoplifted and then lied about it," Door said in a recent phone interview about the case.

Door adds that Lau's case **"doesn't have all these mysterious cloak-and-dagger overtones that Mr. Lau is trying to convince everyone it does. It's a straight-forward disciplinary action."**

Yea right-nothing unusual going on here, what with the sealed court records and the attempts to pry open ANY computer that has copies of those files. Does anybody hit Google and hunt down information the government wants to keep secret and download it, or is it just me? CFAC has the offending documents here and here. Link

posted at 21:·

---

**All Hail the Sterlingator**
Noted raconteur, bon vivant, and all around hep cat Th BigMoboDaddy has kindly clued me in that Bruce Sterli has a new blog. I highly recommend all of Mr. Sterling' work, whether on the web or in print.

posted at 21:·

---

# Google™

| Lok Thye Lau, FBI spy |    Google Search |

**Web** · Images · Groups · Directory · News

Searched the web for **Lok Thye Lau, FBI spy**.          Results **31 - 40** of about **103**. Search took **0.08** seconds.

## FBI Spy Revelation Could be a Thread That Unravels the Bureau
... **FBI** agent **Lok Thye Lau**. In his case, **Lau** filed a Declaration in late September
that detailed his **FBI** career and the fact that he was engaged as a **spy** in a ...
207.44.245.159/article5114.htm - 16k - Cached - Similar pages

## Society of Professional Journalists - Message Board - National ...
... in a sensational case that involves a former **FBI** agent who claims he worked as an
international **spy** for the Bureau. Former **FBI** agent **Lok Thye Lau** alleges he ...
spj.org/messageboard/message.asp?rs=86 - 20k - Cached - Similar pages

## LULAC seeks sanctions against government in **Lau spy** case - 2003- ...
... a controversial civil rights case filed in the same federal court by former **FBI** agent
**Lok Thye Lau** – who claims he worked as an international **spy** for the FBI. ...
www.bizjournals.com/sanantonio/stories/ 2003/11/10/story3.html?jst=s_cn_hl - 40k - Cached - Similar pages

### Judge orders previously public court records sealed in case of ...
... in a sensational case that involves a former **FBI** agent who claims he worked as an
international **spy** for the Bureau. Former **FBI** agent **Lok Thye Lau** alleges he ...
www.bizjournals.com/sanantonio/stories/ 2003/10/13/daily12.html - 39k - Cached - Similar pages

### Judge orders previously public court records sealed in case of ...
... in a sensational case that involves a former **FBI** agent who claims he worked as an
international **spy** for the Bureau. Former **FBI** agent **Lok Thye Lau** alleges he ...
www.bizjournals.com/sanantonio/stories/ 2003/10/13/daily12.html?jst=s_rs_hl - 39k - Cached -
Similar pages

## The Black Vault
... **FBI** agent **Lok Thye Lau**. In his case, **Lau** filed a Declaration in late September
that detailed his **FBI** career and the fact that he was engaged as a **spy** in a ...
www.bvalphaserver.com/postt27285.html - 60k - Cached - Similar pages

## Maine Indymedia: newswire/352
... **FBI** agent **Lok Thye Lau**. In his case, **Lau** filed a Declaration in late September
that detailed his **FBI** career and the fact that he was engaged as a **spy** in a ...
maineindymedia.org/newswire/display/352/index.php - 23k - Cached - Similar pages

## Media's computers are on FBI's radar screen in **Lau spy** case - ...
... targeted by the government are part of a civil-rights lawsuit filed by **Lok Thye Lau**
– a former **FBI** agent who claims he worked as an international **spy** for the ...
sanantonio.bizjournals.com/sanantonio/ stories/2003/10/20/daily11.html - 39k - Cached - Similar pages

## UK Indymedia | Federal judge seals records alleging FBI's ...
... Former **FBI** agent **Lok Thye Lau** alleges he worked for the Bureau as a deep ... The court
and FOIA records in **Lau's** case indicate that the **FBI** got involved ...
www.indymedia.org.uk/en/regions/ world/2003/10/279143.html - 21k - Cached - Similar pages

## The Black Vault
... **FBI** agent **Lok Thye Lau**. In his case, **Lau** filed a Declaration in late September

that detailed his **FBI** career and the fact that he was engaged as a **spy** in a ...
https://www.bvalphaserver.com/postt27285.html - 59k - Cached - Similar pages

◀ Gooooooooooogle ▶

Result Page: **Previous** 1  2  3  4  5  6  7  8  9 1011        **Next**

| Lok Thye Lau, FBI spy | Google Search | Search within results |

Google Home - Advertise with Us - Business Solutions - Services & Tools - Jobs, Press, & Help

©2003 Google

**Printed from Baltimore IMC : http://baltimore.indymedia.org/**

News :: Crime & Police

# Federal judge seals records alleging FBI's involvement in international spy business

**by Bill Conroy**
**(No verified email address)**

A judge in federal court in Sacramento, Calif., has issued an order sealing previously public court documents i sensational case that involves a former FBI agent who claims he worked as an international spy for the Bureau

Former FBI agent Lok Thye Lau alleges he worked for the Bureau as a deep undercover agent overseas in the la

Lau contends the work was of such a stressful and horrific nature that it caused him permanent psychological dar the FBI has refused to provide him with the necessary security clearances to pursue proper treatment.

The FBI paints a different picture of Lau. The Bureau claims Lau is a liar and a petty thief.

However, Lau contends the bureau doesn't want the real story to come out. He alleges the FBI went out of its wa fail, leading to him being fired in 2000 in the wake of an alleged shoplifting incident. Since then, Lau has been fig he was hung out to dry by the FBI because he now knows too much.

The remarkable revelations made by Lau are supported by court records and reams of Freedom of Information A However, on Oct. 10, U.S. District Court Judge Garland E. Burrell in Sacramento issued an order to seal docume case. Those papers detail Lau's FBI career and reveal that he conducted undercover work overseas "against hos foreign powers for years."

Specifically, Judge Burrell ordered that a previously public declaration filed in Lau's case be sealed. The judge al sealing of pleadings in a friend-of-the-court brief filed on Lau's behalf by the League of United Latin American Cit of the nation's oldest Hispanic civil-rights groups.

Prior to the judge's ordering the court records sealed, the San Antonio Business Journal had already published a previously public documents.

The court and FOIA records in Lau's case indicate that the FBI got involved in the spy business at least a decade Although Lau can't discuss the specific nature of his past covert foreign assignment, there are plenty of indication record that point to the likely target country's being China.

This story has major ramifications, both internationally and in the context of the current CIA-related spy scandal p ) administration. The sealing of the court records also raises the specter of government censorship in this case.

Lau's case is filed in U.S. District Court in California - Eastern District (2:02-CV-390 USDC California Eastern).

For more on this story, check out the following Web links:

Former federal agent's spy story opens Pandora's box for FBI –
http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/story1.h

Judge orders previously public court records sealed in case of former FBI agent –
http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/daily12.

**See also:**
http://www.cfac.org/Attachments/fbi_spy_story.html

Read 20 objects from the database. Queried the database 21 times. Served 3 files from the cache.

Skip Navigation | HOME | Editorial Guidelines | Mission Statement | About Us | Contact | Help | Support Us

World Features | UK Features | World Newswire | UK Newswire | Videoloop

# Federal judge seals records alleging FBI's involvement in international spy bus

*Bill Conroy, 18.10.2003 23:24*

A judge in federal court in Sacramento has issued an order sealing previously public court documents in a sensational case that involves a former FBI agent who claims he worked as an international spy for the Bureau.

Former FBI agent Lok Thye Lau alleges he worked for the Bureau as a deep undercover agent overseas in the late 1980s.

Lau contends the work was of such a stressful and horrific nature that it caused him permanent psychological damage, yet he says the FBI has refused to provide him with the necessary security clearances to pursue proper treatment.

The FBI paints a different picture of Lau. The Bureau claims Lau is a liar and a petty thief.

However, Lau contends the bureau doesn't want the real story to come out. He alleges the FBI went out of its way to set him up to fail, leading to him being fired in 2000 in the wake of an alleged shoplifting incident. Since then, Lau has been fighting to prove that he was hung out to dry by the FBI because he now knows too much.

The remarkable revelations made by Lau are supported by court records and reams of Freedom of Information Act documents. However, on Oct. 10, U.S. District Court Judge Garland E. Burrell in Sacramento issued an order to seal documents filed in Lau's case. Those papers detail Lau's FBI career and reveal that he conducted undercover work overseas "against hostile and aggressive foreign powers for years."

Specifically, Judge Burrell ordered that a previously public declaration filed in Lau's case be sealed. The judge also ordered the sealing of pleadings in a friend-of-the-court brief filed on Lau's behalf by the League of United Latin American Citizens (LULAC), one of the nation's oldest Hispanic civil-rights groups.

Prior to the judge's ordering the court records sealed, the San Antonio Business Journal had already published a story based on the previously public documents.

The court and FOIA records in Lau's case indicate that the FBI got involved in the spy business at least a decade before 9/11. Although Lau can't discuss the specific nature of his past covert foreign assignment, there are plenty of indications in the public record that point to the likely target country's being China.

This story has major ramifications, both internationally and in the context of the current CIA-related spy scandal plaguing the Bush administration. The sealing of the court records also raises the specter of government censorship in this case.

Lau's case is filed in U.S. District Court in California - Eastern District (2:02-CV-390 USDC California Eastern).

For more on this story, check out the following Web links:

Former federal agent's spy story opens Pandora's box for FBI --
🖃 http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/story1.html

Judge orders previously public court records sealed in case of former FBI agent --
🖃 http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/daily12.html

🖙 **Homepage:** http://www.cfac.org/Attachments/fbi_spy_story.html

**Make a quick comment on this article>>**

# Publish

### Publish your news

Do you need help with publishing?

## Regions

Cambridge
Leeds
Liverpool
London
Manchester
Oxford
Scotland
Sheffield
West Country
World

**Other UK IMCs**
Bristol
Wales



## Topics

Analysis

Printed from Urbana-Champaign IMC
http://www.ucimc.org/

---

Commentary: Civil & Human Rights

---

## FBI Spy Revelation Could Be A Thread That Unravels The Bureau

by Bill Conroy
(No verified email address)

Current rating: 0
02 Nov 2003

> Evidence has surfaced recently that the FBI has been spying on foreign nations for years.

The revelation is so sensitive that in the wake of the secret surfacing, the FBI has embarked on a mad scramble to cover up the evidence. The Bureau has gone as far as to pressure a federal judge into sealing previously public court records that open a window on the FBI's overseas spying mission.

In addition, with the help of the U.S. Attorney's Office (John Ashcroft's Justice Department) the FBI also sought, through a proposed court order, to seize any computer anywhere that the Bureau suspected might have contained the sensitive court pleadings.

The controversy stems from a civil rights case filed in federal court in Sacramento, Calif., by former FBI agent Lok Thye Lau. In his case, Lau filed a Declaration in late September that detailed his FBI career and the fact that he was engaged as a spy in a dangerous undercover assignment that required him to "work against hostile and aggressive foreign powers for years." Although he is precluded from discussing specifics about that assignment due to national security concerns, the public record available on his case indicates that the likely target country was China.

Why have you heard so little about this case? Well, for the most part, the mainstream media has ignored it -- and consequently, the serious implications raised for civil liberties in this country. As evidence of how the big media was asleep at the wheel in this case, it was the San Antonio Business Journal, a small weekly in South Texas, that broke the story in early October.

After the Business Journal's story was already in print, a federal judge sealed the public court records that the newspaper used for that story. Those records included Lau's Declaration and a friend-of-the-court brief filed by the League of United Latin American Citizens (LULAC), one of the nation's oldest Hispanic civil rights groups.

In addition, after the Business Journal's story had hit the streets, the U.S. Attorney's Office and FBI sought permission from the court to seize any computer that they suspected of containing the previously public court documents. The court, for now, has refused to grant the FBI that power.

The Associated Press followed the Business Journal's exclusive by publishing a story on the government's efforts to seize computers. In addition, several 1st

---

Amendment press organizations have given the story attention -- such as the Reporters Committee for Freedom of the Press.

The California First Amendment Coalition put its neck on the line by actually posting the controversial "sealed" court pleadings on its Web site at http://www.cfac.org/Attachments/fbi_spy_story.html. A Web blog (bigleftoutside.com) also stepped out on a limb and put links to the pleadings on its site.

The latest development in this breaking story was an effort by the U.S. Attorney's Office in Sacramento to pressure LULAC and Lau's lawyers to turn over documents and computers to the FBI absent a court order.

According to LULAC, the official from the U.S. Attorney's Office who contacted the group stated that he wanted to "shut down media coverage" on the case.

So why all the fuss?

Maybe the FBI has a genuine concern that the information in Lau's Declaration, which they allowed to remain in the public court record for some three weeks, now represents a threat to ongoing FBI spying methods and sources. But, if that's really the case, then why was Lau put back in the field after his undercover assignment as a quite in-the-open FBI agent? And why did the FBI allow Lau's legal claim to progress so far in the court system?

Could there be something else at play here?

If you recall, the American people were told immediately following 9/11 that the FBI (a domestic law enforcement agency) and the CIA (an overseas intelligence agency) were hamstrung by their agency turf limitations and their inability to share intelligence information. To solve the problem, Attorney General Ashcroft brought us the Patriot Act, which broke down the wall between the FBI and CIA in the intelligence game.

Well, if Lau's spy story is true, then that wall may have never existed to begin with, and Ashcroft's Patriot Act argument was based on a false premise. And an even bigger issue looms, one that may offer a hint as to why the Justice Department wants to "shut down" the press coverage of Lau's case.

If the FBI was operating spies in foreign countries prior to 9/11 -- and with Lau, it would seem that was the case dating back to the mid-1980s -- what happened to that intelligence information? Could it have been helpful in preventing 9/11? Who in our government knew or sanctioned such spying activity?

Such questions reach into the very nerve center of power in this country, and they are questions that undoubtedly unnerve those in power -- which may be why there is now an effort on the part of the Justice Department to seal previously public records and to intimidate anyone who might try to shed further light on this case.

(For more news coverage of this issue, go to this

http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/20/daily42.html)

Bill Conroy (Wkc6428 (at) aol.com), a former investigative reporter for the
Shepherd-Express in Milwaukee, is currently the editor of the San Antonio
Business Journal. The opinions expressed in this article are those of its author and
do not necessarily represent the views of the San Antonio Business Journal or its
parent company.

San Antonio Business Journal - October 14, 2003
http://www.bizjournals.com/sanantonio/stories/2003/10/13/daily12.html



# SAN ANTONIO BUSINESS JOURNAL
### THE ESSENTIAL BUSINESS TOOL

## LATEST NEWS

October 14, 2003

### Judge orders previously public court records sealed in case of former FBI agent
**Bill Conroy**

A judge in federal court in Sacramento, Calif., has issued an order sealing previously public court documents in a sensational case that involves a former FBI agent who claims he worked as an international spy for the Bureau.

Former FBI agent Lok Thye Lau alleges he worked for the Bureau as a deep undercover agent overseas in the late 1980s. Lau contends the work was of such a stressful and horrific nature that it caused him permanent psychological damage, yet he says the FBI has refused to provide him with the necessary security clearances to pursue proper treatment.

The FBI paints a different picture of Lau. The Bureau claims Lau is a liar and a petty thief, according to Kristin S. Door, the assistant U.S. Attorney defending the FBI against the civil-rights claims filed by Lau in federal court. Door asserts that Lau was fired for shoplifting and lying about it in a subsequent investigation.

"This is a straight-forward disciplinary action case based on a serious criminal matter," Door told the Business Journal in a telephone interview. "You can't have an FBI agent carrying a gun and working on cases when he shoplifts, and then lies (about it). It's incompatible with the duties of an FBI agent."

However, Lau contends the bureau doesn't want the real story to come out. He alleges the FBI went out of its way to set him up to fail, leading to him being fired in 2000 in the wake of an alleged shoplifting incident. He adds that the charges in that case were subsequently dismissed.

Since losing his job, Lau has been fighting to prove that he was hung out to dry by the FBI because he now knows too much.

The remarkable allegations made by Lau are supported by court records and reams of Freedom of Information Act documents. However, on Oct. 10, a federal judge in U.S. District Court in Sacramento, Judge Garland E. Burrell Jr., issued an order to seal pleadings in Lau's case. Those pleadings detail Lau's FBI career and reveal that he conducted undercover work overseas "against hostile and aggressive foreign powers for years."

Specifically, Judge Burrell ordered that a previously public Declaration filed in Lau's case be sealed. The judge also ordered the sealing of pleadings in a friend-of-the-court brief filed on Lau's behalf by the League of United Latin American Citizens (LULAC), one of the nation's oldest Hispanic civil-rights groups. The sealed documents are to be replaced with documents redacted to remove the alleged sensitive material.

The court and FOIA records in Lau's case indicate that the FBI got involved in the spy business at least a decade before the 9/11 terrorist attacks. Although Lau can't discuss the specific nature of his past covert foreign assignment, there are plenty of indications in the public record that point to the likely target country being China.

Terry Francke, general counsel for the California First Amendment Coalition, says judges are expected to clear

a high hurdle before sealing court records, particularly in cases where the government is a defendant and serious national issues are at stake.

"What is the FBI doing undercover in China? That is an issue of legitimate public interest," Francke says. "Is the government saying we are kept secure because the FBI, not the CIA, has someone spying in China? It's not a legitimate government secret if half of what this man (Lau) is saying is true."

In its pleadings arguing for the court records to be sealed, the government contends that "limited portions of Lau's Declaration and the Amicus Brief (LULAC's friend-of-the-court filing) contain information that has been classified as secret."

"It should be noted that the portions (of the court records) that the (FBI) Classification Unit determined to be classified related to activity in which Lau participated before becoming an FBI employee and during his undercover assignment with the FBI from 1986 through 1991," the government's pleadings state.

Prior to the judge ordering the court records sealed, the San Antonio Business Journal had already published a story based on the previously public court documents. According to Francke, the U.S. Supreme Court "has made clear in a succession of cases that the government, and it goes for judges, cannot prohibit the publication of information that it has already made available (in the public record)."

Lau's case is filed in U.S. District Court for the Eastern District of California in Sacramento.

The Business Journal's story about Lau's case is available online at the newspaper's Web site at the following link:

sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/story1.html

## Court nixes FBI bid to purge unspecified computers

SACRAMENTO (10/27/03) -- A federal judge has refused to let the FBI search computers -- potentially including CFAC's computers -- and remove from them information about spy activities.

On October 15, two days after FLASH carried a story headed "Records sealed in case against FBI," U.S. District Judge Garland E. Burrell, Jr. turned down a request from the United States Attorney for permission to have government agents search unnamed private computers and remove from them copies of documents that had been belatedly sealed in a civil case against the FBI in Burrell's court in Sacramento.

Attached to the FLASH story -- a reprint of a report in the San Antonio Business Journal by editor Bill Conroy -- were a declaration by plaintiff Lok T. Lau and an amicus curiae brief supporting his position, filed by the League of United Latin American Citizens (LULAC).

In the same October 15 order, Judge Burrell agreed to surrender to the defendant the court's own filed copies of the sealed documents, with the proviso that "Defendant is to ensure that these returned documents are made available for further decision in this case, including appellate review, until the time for appellate review expires."

The government's brief supporting its motion for the secrecy steps, actually filed before the FLASH story published the documents, was extremely casual in its most radical proposal. The final sentence of the brief said simply:

"Finally, if Lau's declaration and the amicus brief are located on any computer hard drives that are not authorized to contain classified information, defendant John Ashcroft respectfully requests that this Court order that an FBI computer specialist be permitted to remove the specific files containing classified information from the unauthorized computer."

Judge Burrell's order was likewise brief:

"The balance of government's request in its Supplemental Brief, which concerns copies of these documents not in the Court's possession, is unsupported by authority and is denied without prejudice."

The underlying civil rights lawsuit alleges that Lau, a former FBI agent, was the victim of discrimination because of his race and disability -- one he claims was caused by the extreme stress of a dangerous five-year FBI undercover assignment overseas.

The government paints Lau as a liar and a thief, but has taken extreme pains to prevent him from disclosing particulars of his assignment, which it maintains are

classified as a matter of national security. Reportedly, neither the United States Attorneys defending the suit nor Lok's own attorneys have been permitted to learn these details.

Lau, who knew Conroy from his previous reporting about the FBI, alerted him to the lawsuit. Conroy wrote an underline{introductory story} but then contacted CFAC about the case when Burrell approved a government request to seal the documents, which had been on the public record for nearly three weeks.

Conroy thought CFAC's calling attention to that extraordinary step might prompt some reporting in the California press. But so far that has not occurred, other than reprints of an Associated Press underline{story} about the computer purge request, filed from its Washington, D.C. bureau.

Conroy has told CFAC that despite the judge's refusal to authorize the search of computers -- which by now could number in the hundreds nationwide and beyond -- Douglas Hendricks, general counsel with the U.S. Attorney's Sacramento office, has pressured Lau's attorneys to turn over or destroy their copies of their client's declaration. But Hendricks' attempt to get LULAC to do likewise with its amicus brief, Conroy said, had been turned down.

Conroy said he had been told that Hendricks said, on one of these contacts, that the time had come to "put the lid on."

**Back to Top**

29 November 2003.

November 25, 2003

I found the brief article about the FBI visit to Cryptome interesting, in that your site had only days earlier posted a link to a story about former FBI agent Lok Thye Lau. The story you ran carried links to documents that the government determined were "classified" after those documents had been in the public record for some three weeks.

Although I'm not certain why you received a visit from agents, at the very least I thought you would find it interesting that about the same time you were called upon, a civil rights group and lawyers for Lau also were contacted by the government concerning the "classified" documents.

Below are links to the stories I've written on the subject, as well as links to other media coverage of the Lau case. You may already be aware of all this, but in the event you are not, it might factor into your analysis of why you received a visit, particularly given the lack of response to your FOIA request.

Sincerely,

Bill Conroy

---

*San Antonio Business Journal* stories:

• LULAC seeks sanctions against government in Lau spy case
http://sanantonio.bizjournals.com/sanantonio/stories/2003/11/10/story3.html

• Lawyers, civil rights group claim government turning up the heat in Lau spy case:
http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/20/daily42.html

• Media's computers are on FBI's radar screen in Lau spy case:
http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/20/daily11.html

(AP's follow to our story above:)
http://www.guardian.co.uk/uslatest/story/0,1282,-3297228,00.html

• Judge orders previously public court records sealed in case of former FBI agent:
http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/daily12.html

• Former federal agents' spy story opens Pandora's box for FBI:
http://sanantonio.bizjournals.com/sanantonio/stories/2003/10/13/story1.html

---

OTHER MEDIA LINKS ON SUBJECT

FBI spy revelation could be a thread that unravels the Bureau
http://www.commondreams.org/views03/1030-10.htm

Judge redacts records in FBI spying case, but won't issue deletion order
http://www.rcfp.org/news/2003/1023lauvas.html

Court nixes FBI bid to purge unspecified computers
http://www.cfac.org/#anchor5191639

Federal judge seals records alleging FBI's involvement in international spy
business
http://foi.missouri.edu/evolvingissues/fedjudge.html

Court nixes FBI bid to purge unspecified computers
http://www.cfac.org/#anchor5191639

The spy who was left out in the cold, By Gary Webb
http://www.atimes.com/atimes/China/EK07Ad03.html

Patriot Acts
http://newsreview.com/issues/sacto/2003-11-20/cover.asp

BIGLEFTOUTSIDE BLURB
http://www.bigleftoutside.com/archives/000197.php

... Tuesday, November 11, 2003 The **Lok** Thye **Lau** case Evidence has surfaced recently that the **FBI** has been spying on foreign nations for years [newsmakingnews] ...
www.osse.com/perfectly_delightful/ 11_09_03___11_15_03_archive.html - 81k - Cached - Similar pages

◀ Goooooooooooooogle ▶

Result Page: **Previous** 1  2  3  4  5  6  7  8  9  10 11 12 13     **Next**

| Lok  Lau, FBI | **Google Search** | Search within results |

Google Home - Advertise with Us - Business Solutions - Services & Tools - Jobs, Press, & Help

©2003 Google

**FILED**

OCT 1 0 2003

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            D

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOK THYE LAU,                    )
                                 )    NO. CV S-02-0390 GEB GGH
              Plaintiff,         )
                                 )
     v.                          )
                                 )    ORDER
JOHN ASHCROFT, ATTORNEY GENERAL, )
                                 )
              Defendant.         )
_____)

On October 7, 2003 Defendant lodged an Ex Parte Application
to Remove Information from Court Files and Proposed Order ("Ex Parte
Application").  Defendant requests that the Declaration of Lok T. Lau
in Support of Opposition to Defendant's Motion to Dismiss, or in the
Alternative Motion for Summary Judgment ("Declaration of Lau") and the
Amicus Curiae Brief in Support of Plaintiff's Response in Opposition
to Motion for Summary Judgment or for Dismissal lodged September 30,
2003 ("Amicus Brief") be "returned to the FBI" because they contain
information classified as Secret under Executive Order No. 12,958.
Defendant requests that redacted copies of these documents, prepared
by the Classification Unit of the FBI Records Management Division, be
substituted for the originals on the public docket.  The redacted

1
38          Exhibit 18.

1  documents are attached as Exhibit 1 and Exhibit 2 to the Ex Parte

2  Application.[1]

3       Defendant has not shown that these documents must be

4  delivered to the FBI.  However, in order to protect national security

5  interests which Defendant represents are at stake, the documents will

6  be removed from the public docket and provisionally placed under seal

7  pending resolution of this issue.  See In re the Knight Publishing

8  Company, 743 F.2d 231, 235 n. 1 (4th Cir. 1984) (revealing that a

9  "court may temporarily seal . . . documents . . . so that the issue is

10 not mooted by the immediate availability of the documents.")

11      Accordingly, the Clerk's Office is directed to do the

12 following:

13     (1)  Detach Exhibit 1 from the Ex Parte Application and

14         substitute it for the Declaration of Lau which is

15         attached as Exhibit 1 to the Response to Defendant's

16         Motion to Dismiss, or in the Alternative Motion for

17         Summary Judgment (Document No. 33).  Then place the

18         removed Declaration of Lau in the vault under seal.

19     (2)  Detach Exhibit 2 from the Ex Parte Application and

20         substitute it for the first eight pages of the Amicus

21         Brief.  Then place the first eight pages of the Amicus

22         Brief that have been replaced in the vault under seal.

23      IT IS SO ORDERED.

24 Dated:  October 9, 2003

25

26                 GARLAND E. BURRELL, JR.

                  UNITED STATES DISTRICT JUDGE

27

---

[1]  Exhibit 3 to the Ex Parte Application is a copy of Executive Order No. 12,958.

kdc

United States District Court

Eastern District of California

October 10, 2003

* * CERTIFICATE OF SERVICE * *

2:02-cv-00390

Lau

v.

Ashcroft

_____

, the undersigned, hereby certify that I am an employee in the Office of
he Clerk, U.S. District Court, Eastern District of California.

hat on  October 10, 2003, I SERVED a true and correct copy(ies) of
he attached, by placing said copy(ies) in a postage paid envelope
ddressed to the person(s) hereinafter listed, by depositing said
nvelope in the U.S. Mail, by placing said copy(ies) into an inter-office
elivery receptacle located in the Clerk's office, or, pursuant to prior
uthorization by counsel, via facsimile.

Antonio V Silva                          SF/GEB
PRO HAC VICE
2616 Montana Avenue
El Paso, TX  79903

George F Allen
Law Offices of George F Allen
2126 K Street
Sacramento, CA  95816

Kristin Sudhoff Door
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
                Deputy Clerk