UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID K. MEHL; LOK T. LAU;
FRANK FLORES,

        Plaintiffs,

    v.

LOU BLANAS, individually and
in his official capacity as
SHERIFF OF COUNTY OF
SACRAMENTO; et al.,

        Defendants.

No. 2:03-cv-2682-MCE-KJM

MEMORANDUM AND ORDER

----oo0oo----

    The Court has received and reviewed Plaintiffs' Amended <u>Ex Parte</u> Application for An Order Extending Time and Leave of Court to File Opposition to Defendants' Motion for Summary Judgment filed on November 5, 2007, and Defendants' opposition thereto.

    Plaintiffs initially requested a six-month extension of the deadline for filing an opposition to Defendants' Motion for Summary Judgment based on unavailability of co-counsel and the need for additional general discovery.

///

1  The Pretrial Scheduling Order required Plaintiffs' opposition to
2  be filed not later than November 2, 2007.
3     The Court denied that request and ordered Plaintiffs to file
4  their opposition to the Motion for Summary Judgment as required
5  by the Pretrial Scheduling Order.
6     Plaintiffs filed their opposition to Defendants' Motion for
7  Summary Judgment on November 2, 2007.  Plaintiffs' now request an
8  additional seven days to file a more fully briefed Opposition.
9  Plaintiffs' current application is based more specifically on the
10 unavailability of Plaintiffs' expert witness and the fact that
11 the expert's declaration will support much of Plaintiffs' points
12 and authorities.
13    This Court finds the extension necessary for Plaintiff to
14 fully brief the issues raised in Defendants' Motion.  Defendants
15 do not assert they will suffer any prejudice based on this
16 extension and the Court finds that any prejudice to Defendants in
17 granting this brief extension is far outweighed by the prejudice
18 to Plaintiffs if they are not permitted to oppose the Motion for
19 Summary Judgment.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly, Plaintiffs' ex parte application is GRANTED. In order to allow full briefing on the issues, the hearing on Defendants' Motion for Summary Judgment is continued to December 7, 2007, at 9:00 a.m.  The parties are to file their papers in accordance with the local rules based on the December 7, 2007, hearing date.

IT IS SO ORDERED:

Dated: November 7, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE