1 | LAW OFFICES OF GARY W. GORSKI
8549 Nephi Way
2 | Fair Oaks, CA 95628
Telephone: (916) 965-6800
3 | Facsimile: (916) 965-6801
usrugby@pacbell.net
4 | www.gwgorski.com
GARY W. GORSKI - CBN: 166526
5 | Attorney for Plaintiff

6 | Co-Counsel
DANIEL M. KARALASH - SBN: 176422
7 | (916) 787-1234
(916) 787-0267

8 | THE UNITED STATES DISTRICT COURT

9 | IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 DAVID K. MEHL; LOK T. LAU; FRANK FLORES | CASE NO.: CIV S 03 2682 MCE/KJM |
| 11     Plaintiffs, | |
| 12 vs. | **DECLARATION OF JAMES ROTHERY** |
| 13 LOU BLANAS, individually and in his official capacity as SHERIFF OF | |
| 14 COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, | |
| 15 SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL | |
| 16 LOCKYER Attorney General, State of California; RANDI ROSSI, State | |
| 17 Firearms Director and Custodian of Records. | |
| 18     Defendants | |

I, **JAMES ROTHERY**, declare as follows:

1. I am an attorney, licensed to practice law in the State of California, and am competent to testify to the facts contained herein. The facts herein are of my own personal knowledge.

2. At the time of my three applications for a CCW with Sacramento County Sheriff's Department, I was in my 50s, and a resident of the County of Sacramento. I am a citizen of the United States. I have never contributed any money or campaigned for any politician for Sacramento County Sheriff.

3. At each time I applied for a CCW with Sacramento County, I resided in Sacramento County.

4. I applied for a CCW permit with the Sacramento County Sheriff's Department three

1.

1  times, and paid approximately $20 to $25 per application. Each time, my check was cashed and
2  the money was never returned to me.

3      5. I am not prohibited from owning a firearm under state or federal law, and in fact, there
4  is no prohibition of any type prohibiting me from owning, possessing or using a firearm.

5      6. I completed the application process three times, and the documents I identify with bate
6  stamp numbers herein are portions of the applications I submitted. The information contained
7  therein is true and correct. I did not retain copies for my records, so the only documentation I
8  have of my CCW applications are with the County of Sacramento Sheriff's Department.

9      7. On January 13, 2003, I submitted the application attached hereto with Bates Stamps
10  D_03642-03648. I typed this document completely, including Section 7, and I do not recall ever
11  being contacted by any person after I had submitted the application to Sacramento Sheriff's
12  Department for issuance of a CCW.

13      8. Sometime thereafter, I was informed by the Sacramento County Sheriff that my CCW
14  application was denied since I "did not provide convincing evidence that applicant or family
15  members are in any immediate danger associated with everyday course of living as to justify the
16  need to carry a concealed weapon." I was further informed in writing that I could "have a
17  weapon at home and in business." I did not retain a copy of this form letter.

18      9. Sometime thereafter, I appealed this decision, and my appeal was denied as well.

19      10. On January 31, 2005, I submitted a second application attached hereto with Bates
20  Stamps D_1069-1076). I typed this document completely, including Section 7, and I was
21  contacted by Sacramento Sheriff's Detective Steve Cotta via telephone after I had already
22  submitted the application. Steve Cotta asked me some questions, and said he did not see a reason
23  why I should not receive a CCW.

24      11. Bate page D_01075 was not redacted by me.

25      12. I note that the County of Sacramento produced my same application, with bate
26  stamps attached hereto as D_03633-03640, and at 03639 the information I typed was not deleted
27  this time.

28      13. Sometime thereafter, I was informed by the Sacramento County Sheriff that my

2.

1  CCW application was denied since I "did not provide convincing evidence that applicant or
2  family members are in any immediate danger associated with everyday course of living as to
3  justify the need to carry a concealed weapon." I was further informed in writing that I could
4  "have a weapon at home and in business."

5      14. I did not retain a copy of this form letter.

6      15. Sometime thereafter, I appealed this decision, and my appeal was denied as well.

7      16. On August 31, 2006, I submitted a third and final application attached hereto with
8  Bates Stamps D 03626-03632. I typed this document, but the handwriting in Section 7, is not
9  mine as I was advised this time to not fill this section out. I was again contacted by Sacramento
10 Sheriff's Detective Steve Cotta via telephone after I had already submitted the application. Steve
11 Cotta asked me a single question, why I thought I needed a CCW. I then pointed out to him that I
12 "attached" evidence, which I notice has not been produced by the County of Sacramento, but was
13 included.

14     17. By his tone and lack of knowledge about the contents of my application, it was
15 obvious to me that Cotta never read or reviewed my application before the telephone interview.
16 As a Detective, he would have known to at least review my application before he asked me any
17 questions. I knew at this time what the end result would be, a third denial.

18     18. Sometime thereafter, and again, I was informed by the Sacramento County Sheriff
19 that my CCW application was denied since I "did not provide convincing evidence that applicant
20 or family members are in any immediate danger associated with everyday course of living as to
21 justify the need to carry a concealed weapon." I was further informed in writing that I could
22 "have a weapon at home and in business."

23     19. I DID NOT appeal this decision because I knew it was useless at this point for each
24 time I received the same form rejection, telling me no one really seriously considered my
25 applications.

26          I declare under the penalty of perjury that the above facts are correct, and of my
27 own personal knowledge.

28 11-2-2007          /s/ James Rothery (Original Signature on File with Attorney)

3.

# SACRAMENTO COUNTY  SHERIFF'S DEPARTMENT

## LOU BLANAS
*Sheriff*

CONCEALED WEAPONS PERMIT EVALUATION

APPLICANT'S NAME: JAMES ROTHERY

OCCUPATION: REAL ESTATE INVESTOR

DATE APPLICATION SUBMITTED: 02/03/05

DATE OF EVALUATION:

APPROVED: _____    DENIED: __✓__

RENEWAL: _____    TRAINING DATE: _____

COMMENTS: ____NEED NOT ESTABLISHED____

_____

Chief Bill Kelly

Captain Jim Cooper

Captain Doug Lee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE OF APPEAL: 3/16/05

CHIEF C. SCOTT HARRIS

APPROVED: _____    DENIED: __✓__ 6/14/05

COMMENTS: ___No SPECIFIC THREAT TO HIM___

_____

## CCW BRIEFING SUMMARY:

**NAME: ROTHERY, JAMES**

**DATE OF BIRTH:**

**CRIMINAL HISTORY: None**

**RESIDENCE: 3023 Paragon Way, Carmichael, CA. 95608**

**SACRAMENTO COUNTY YES** ☒ **NO** ☐

**LENGTH OF TIME AT THIS RESIDENCE: 8 Years**

**HAVE APPLIED FOR CCW WITH OTHER AGENCIES?**
**YES** ☐ **NO** ☒

**OCCUPATION : Real Estate Investor**

**EMPLOYED BY: Self**

**IS EMPLOYER AWARE OF REQUEST FOR CCW?**
**YES** ☒ **NO** ☐

**(IF YES, ATTACHED LETTER FROM EMPLOYER INCLOSED?**
**YES** ☐ **NO** ☒

**LIST ATTACHED DOCUMENTS:**
**None**

**EXPERIENCE/WORK HISTORY: Firearms experience in the Marines.**

**JUSTIFICATION FOR CCW PERMIT: Applicant has had co-workers assaulted at place of business in the past. Applicant also collects rents that are paid in cash in low income areas and is in fear of being assaulted.**

CONFIDENTIAL — NOT FOR DUPLICATE

State of California, Department of Justice
## Standard Application for CCW License

Official Use Only – Type of Permit Requested
( ) Standard    ( ) Judge
( ) Reserve Officer    ( ) 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_____
Applicant Signature

Date _January 31, 2005_

_____
Witness Signature / Badge Number

Date _____

## Section 1 – Applicant Personal Information

Name:   Rothery             James             Eugene
         Last                     First                       Middle

If Applicable
Maiden Name or other Name(s) Used: _____

City and County
of Residence:   Sacramento

Country of
Citizenship:   U.S.A.

Date of Birth _____   Place of Birth:
                       City          County        State

Height: _____   Weight: _____   Color Eyes: _____   Color Hair _____

## Section 2 – Applicant Clearance Questions

1. Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
No [✓] Yes [ ] (If yes, please indicate below. Use additional pages if necessary.)

Issuing Agency _____ Issue Date _____ CCW# _____

2. Have you ever applied for and been denied a license to carry a concealed weapon?
No [ ] Yes [✓] (If yes, give agency name, date and reason for denial.)

Sacramento County Sheriff, October 2003, everyday course of living did not justify the need to carry a concealed weapon

_____

_____

-3-

CONFIDENTIAL — NOT FOR DUPLICATION

## Section 2 – Applicant Clearance Questions – (continued)

3. Have you ever held and subsequently renounced your United States citizenship?
   No ☑ Yes ☐ (If yes, explain):

   _____

4. If you served with the Armed Forces, were you ever convicted of any charges or was
   your discharge other than honorable? No ☑ Yes ☐ (If yes, explain):

   _____

5. Are you now, or have you been a party to a lawsuit in the last five years?
   No ☑ Yes ☐ (If yes, explain):

   _____
   _____
   _____

6. Are you now, or have you been, under a restraining order(s) from any court?
   No ☑ Yes ☐ (If yes, explain):

   _____
   _____

7. Are you on probation or parole from any state for conviction of any offense including
   traffic? No ☑ Yes ☐ (If yes, explain):

   _____
   _____
   _____

-4-

## Section 2 – Applicant Clearance Questions – (continued)

8. List all traffic violations (moving violations only) and motor vehicle accidents you have had in the last five years. (Use additional pages if necessary.)

| Date | Violation / Accident | Agency / Citation # |
|------|---------------------|---------------------|
|      |                     |                     |
|      |                     |                     |
|      |                     |                     |
|      |                     |                     |

9. Have you ever been convicted for any criminal offense (civilian or military) in the U.S. or any other country?

   No ☑  Yes ☐  (If yes, explain including date, agency, charges, and disposition.)

   _____

   _____

10. Have you withheld any fact that might affect the decision to approve this license?

    No ☑  Yes ☐  (If yes, explain):

    _____

    _____

## Section 3 – Descriptions of Weapons:

List below the weapons you desire to carry if granted a CCW. You may carry concealed only the weapon(s) which you list and describe herein, and only for the purpose indicated. Any misuse will cause an automatic revocation and possible arrest. (Use additional pages if necessary.)

|    | Make | Model | Caliber | Serial No. |
|----|------|-------|---------|-----------|
| 1. | to be determined |  |  |  |
| 2. |      |       |         |           |
| 3. |      |       |         |           |

-5-

D_01071

### Section 6 – Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage stated in this application.

I have read and understand Attachment 1 – California Prohibiting Categories for a CCW License, Attachment 2 – California Prohibiting Misdemeanors, and Attachment 3 – Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

_____
Applicant Signature

Date  January 31, 2005

_____
Witness Signature / Badge Number

Date

-10-

D_01072

### Section 7 – Investigator's Interview Notes

**Applicant Name:** Rothery James Eugene

Last | | Middle

**Date of Birth:** _____ — **Age** ___ 53

**Social Security No.:** _____ —

**California DL/ID No:** _____

**Driver's License Restriction:** eye glasses

**Residence Address:**

3023 Paragon Way     Carmichael, California 95608

Number | Street | Apt. | City | State | Zip

**Mailing address (if different):**

PO Box 601033     Sacramento, California 95860

Number | Street | Apt. | City | State | Zip

**Home / Personal Phone Numbers:** ( 916 ) 719-█

**Spouse's Name and Address:** Sheryl Rothery, 3023 Paragon Way, Carmichael, California 95608

**Applicant Occupation:** real estate investor

**Business / Employer Name:** self employed

**Business Phone Number:** ( 916 ) 719-6733

**Business Address:**

2737 Woodberry Way #108 Rancho Cordova, CA 95670

Number | Street | Apt. | City | State | Zip

1. List all previous home addresses for the past five years.

_____

_____

_____

-11-

## Section 7 – Investigator's Interview Notes – (continued)

2. Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ? No ☑ Yes ☐ (If yes, explain):

_____

_____

3. Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illgal controlled substance, or have you ever reported to a detoxification or drug treatment program? No ☑ Yes ☐ (If yes, explain):

_____

_____

4. Have you ever been involved in an incident involving firearms?
No ☑ Yes ☐ (If yes, explain):

_____

_____

_____

5. Have you been involved in a domestic violence incident?
No ☑ Yes ☐ (If yes, explain):

_____

_____

6. List any arrests or formal charges, with or without disposition, for any criminal offenses with the U.S. or any other country (civilian or military).

_____

_____

_____

_____

-12-

### Section 7 – Investigator's Interview Notes – (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license. For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant desiring a CCW License (use additional sheets if needed).



## Section 8 – Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

_____

**Applicant Signature**

_January 31, 2005_

**Date**

_____

**Witness Signature / Badge Number**

**Date**

-14-

D_01076

# ~ACRAMENTO COUNTY  SHERIFF'S DEPARTMENT

**LOU BLANAS**
*Sheriff*

## CONCEALED WEAPONS PERMIT EVALUATION

APPLICANT'S NAME: JAMES ROTHERY

OCCUPATION: ATTORNEY

DATE APPLICATION SUBMITTED: 06/13/03

DATE OF EVALUATION:

APPROVED: _____     DENIED: ✓

RENEWAL: _____     TRAINING DATE: _____

COMMENTS: _____

_____

_____

_Chief David Lind_

_Capt. Jim Cooper_
Captain Jim Cooper

_Captain Bill Kelly_
Captain Bill Kelly

*insufficient cause*

***********************************************************

DATE OF APPEAL: 11-20-03

_Chief Deputy C. Scott Harris_
CHIEF C. SCOTT HARRIS, JR.

APPROVED: _____     DENIED: ✓

COMMENTS: _____

_____

## Section 7 - Investigator's Interview Notes - (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license. For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant Desiring a CCW License (use additional sheets if needed).

I am a self-employed attorney. Practically all of my

business is in the foreclosure and eviction field. I make contact

with occupants and negotiate their surrender of the property. If

I fail, court actions are started. My contact continues through

this process from initial contact prior to the foreclosure, to

the final surrender of the house to the mortgage company. The

majority of my time is spent in the field, not in the office,

negotiating with former owners and tenants, and when that fails,

I start and give to them the court complaints. I work in

Sacramento, and the surrounding counties of Yolo, Yuba, Sutter,

Nevada, Placer, and Eldorado, in both rural and urban areas.

And even though I am proficient in Taekwondo, I am frequently

meeting desperate people with the ability to cause harm.

D_01078

## Section 8 - Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

Applicant Signature

Date   June 13, 2003

Witness Signature / Badge Number

Date

CONFIDENTIAL — DO NOT DUPLICATE

GORSKI - DO

ID_01079

State of California, Department of Justice
## Standard Application for CCW License

Official Use Only - Type of Permit Requested:
() Standard    () Judge
() Reserve Officer   () 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

Applicant Signature

Date: June 13, 2003

Witness Signature / Badge Number

Date

## Section 1 - Applicant Personal Information

Name: Rothery (Last)    James (First)    Eugene (Middle)

If Applicable,
Maiden Name or Other Name(s) Used: _____

City and County of Residence: Carmichael, Sacramento

Country of Citizenship: U.S.A.

Date of Birth: _____    Place of Birth: _____ (City) _____ (County) _____ (State)

Height: _____    Weight: _____ ids    Color Eyes: _____    Color Hair: _____

## Section 2 - Applicant Clearance Questions

1. Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
No _x_ Yes ___ (If yes, please indicate below. Use additional pages if necessary.)

Issuing Agency _____ Issue Date _____ CCW # _____

2. Have you ever applied for and been denied a license to carry a concealed weapon?
No _x_ Yes ___ (If yes, give agency name, date and reason for denial.)

_____

_____

-3-

D_01080

## Section 2 - Applicant Clearance Questions - (continued)

3. Have you ever held and subsequently renounced your United States citizenship?
   No_x__Yes_____ (If yes, explain):
   _____

4. If you served with the Armed Forces, were you ever convicted of any charges or was your discharge other than honorable? No_x__Yes_____ (If yes, explain):
   _____
   _____

5. Are you now, or have you been, a party to a lawsuit in the last five years?
   No_x__Yes_____ (If yes, explain):
   _____
   _____
   _____
   _____

6. Are you now, or have you been, under a restraining order(s) from any court?
   No_x__Yes_____ (If yes, explain):
   _____
   _____

7. Are you on probation or parole from any state for conviction of any offense including traffic? No_x__Yes_____ (If yes, explain):
   _____
   _____

-4-

# SACRAMENTO COUNTY  SHERIFF'S DEPARTMENT

### LOU BLANAS
*Sheriff*

#### CONCEALED WEAPONS PERMIT EVALUATION

**APPLICANT'S NAME:** JAMES ROTHERY

**OCCUPATION:** REAL ESTATE INVESTOR

**DATE APPLICATION SUBMITTED:** 02/03/05

**DATE OF EVALUATION:**

**APPROVED:** _____    **DENIED:** ✓

**RENEWAL:** _____    **TRAINING DATE:** _____

**COMMENTS:** NEED NOT ESTABLISHED

_____

Chief Bill Kelly

Captain Jim Cooper

Captain Doug Lee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATE OF APPEAL:** 3/16/05

CHIEF C. SCOTT HARRIS

**APPROVED:** _____    **DENIED:** ✓ 6/14/05

**COMMENTS:** NO SPECIFIC THREAT TO HIM

REFER ALL CORRESPONDENCE TO: SACRAMENTO SHERIFF'S DEPARTMENT • P.O. BOX 988 • SACRAMENTO, CA 95812-0988

State of California, Department of Justice
# Standard Application for CCW License

CONFIDENTIAL — DO NOT DUPLICATE — CONFIDENTIAL

Official Use Only – Type of Permit Requested
( ) Standard        ( ) Judge
( ) Reserve Officer  ( ) 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

Applicant Signature

Date _____ January 31, 2005

Witness Signature / Badge Number

Date

## Section 1 – Applicant Personal Information

Name: Rothery _____ James _____ Eugene
     Last              First            Middle

If Applicable
Maiden Name or other Name(s) Used: _____

City and County of Residence: Sacramento

Country of Citizenship: U.S.A.

Date of Birth: REMOVED BY DEFENDANT   Place of Birth: _____ City   REMOVED BY DEFENDANT _____ State

Height: 6 feet   Weight: 180 pounds   Color Eyes: blue   Color Hair: brown

## Section 2 – Applicant Clearance Questions

1. Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
   No [✓]  Yes [ ]  (If yes, please indicate below. Use additional pages if necessary.)

Issuing Agency _____ Issue Date _____ CCW# _____

2. Have you ever applied for and been denied a license to carry a concealed weapon?
   No [ ]  Yes [✓]  (If yes, give agency name, date and reason for denial.)

Sacramento County Sheriff, October 2003, everyday course of living did not justify the need to carry a concealed weapon

-3-

D_03634

## Section 2 – Applicant Clearance Questions – (continued)

3. Have you ever held and subsequently renounced your United States citizenship?
No ☑ Yes ☐ (If yes, explain):


4. If you served with the Armed Forces, were you ever convicted of any charges or was

your discharge other than honorable? No ☑ Yes ☐ (If yes, explain):

_____

_____

5. Are you now, or have you been a party to a lawsuit in the last five years?
No ☑ Yes ☐ (If yes, explain):

_____

_____

_____

_____

6. Are you now, or have you been, under a restraining order(s) from any court?
No ☑ Yes ☐ (If yes, explain):

_____

_____

7. Are you on probation or parole from any state for conviction of any offense including
traffic? No ☑ Yes ☐ (If yes, explain):

_____

_____

_____

-4-



State of California, Department of Justice
## Standard Application for CCW License

### Section 6 – Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 – California Prohibiting Categories for a CCW License, Attachment 2 – California Prohibiting Misdemeanors, and Attachment 3 – Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

Applicant Signature

Date January 31, 2005

Witness Signature / Badge Number

Date

-10-

D_03636

State of California, Department of Justice
## Standard Application for CCW License

## Section 7 – Investigator's Interview Notes

Applicant Name: Rothery _(Last)_  James _(First)_  Eugene _(Middle)_

Date of Birth: _REMOVED BY DEFENDANT_  Age 53

Social Security No.: _REMOVED BY DEFENDANT_

California DL/ID No.:

Driver's License Restrictions: eye glasses

Residence Address:

3023 Paragon Way — Carmichael, California 95608
_Number   Street   Apt.   City   State   Zip_

Mailing address (if different):

PO Box 601033 — Sacramento, California 95860
_Number   Street   Apt.   City   State   Zip_

Home / Personal Phone Numbers: ( ___ ) 719-____

Spouse's Name and Address: Shery Rothery, 3023 Paragon Way, Carmichael, California 95608

Applicant Occupation: real estate investor

Business / Employer Name: self employed

Business Phone Number: : ( 916 ) 719-6733

Business Address:

2737 Woodberry Way #108 Rancho Cordova, CA 95670
_Number   Street   Apt.   City   State   Zip_

1. List all previous home addresses for the past five years.

-11-

## Section 7 – Investigator's Interview Notes – (continued)

2. Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ? No ☑ Yes ☐ (If yes, explain):

_____

_____

3. Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illegal controlled substance, or have you ever reported to a detoxification or drug treatment program? No ☑ Yes ☐ (If yes, explain):

_____

_____

4. Have you ever been involved in an incident involving firearms?
No ☑ Yes ☐ (If yes, explain):

_____

_____

_____

5. Have you been involved in a domestic violence incident?
No ☑ Yes ☐ (If yes, explain):

_____

_____

6. List any arrests or formal charges, with or without disposition, for any criminal offenses with the U.S. or any other country (civilian or military).

_____

_____

_____

-12-

D_03638

State of California, Department of Justice
**Standard Application for CCW License**

## Section 7 – Investigator's Interview Notes – (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license. For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant desiring a CCW License (use additional sheets if needed).

I am in the business of buying real estate in foreclosure, renting, and selling. Almost all of my business in within the urban and suburban areas of the City and County of Sacramento.

When I buy real estate which is in foreclosure, I am working with people who, through no fault of mine, are in a very desperate situation. I must try to deal in a business like manner with people who are to emotional to make decisions, and this may create a risk of harm to me. Also, many people, especially in the lower class areas, pay their rent in cash, and even small sums of cash can create a risk of harm to me when people know that I have possession and have a criminal desire.

Within the past eight months, deaths have occured to two people who work in my type of business. At a home invasion in Carmichael a dealer in foreclosure properties was killed; and in Greenhaven, a dealer in real estate was kidnapped from his home and killed a few blocks away. A co-worker has recently been victimized at my workplace. A known member of the "Hells Angels" motorcycle gang made a verbal threat over the telephone to a member of our staff. This was reported to the police of the City of Rancho Cordova, January 18, 2005, as incident number 05-003625. And a week later, a person entered our office and assaulted a co-worker. This caused a quick 911 telephone call. This was then reported to the police of the City of Rancho Cordova as report number 05-7911.

Because of this exposure to a frequent to a risk of harm, and the recent history of victimization of co-workers, I request that I be granted a permit to carry a concealed weapon.



-13-



## Section 8 – Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury, and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

_____          January 31, 2005
**Applicant Signature**                                          **Date**


_____          _____
**Witness Signature / Badge Number**                              **Date**

-14-

CONFIDENTIAL – DO NOT DUPLICATE
GORSKI

# ACRAMENTO COUNTY  SHERIFF 'S DEPARTMENT

**LOU BLANAS**
*Sheriff*

## CONCEALED WEAPONS PERMIT/EVALUATION

APPLICANT'S NAME: JAMES R0THERY

OCCUPATION: ATTORNEY

DATE APPLICATION SUBMITTED: 06/13/03

DATE OF EVALUATION:

APPROVED: _____ DENIED: _____

RENEWAL: _____ TRAINING DATE: _____

COMMENTS: _____

_____

_____

~~Chief David Lind~~

~~Captain Jim Cooper~~

~~Captain Bill Kelly~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE OF APPEAL: _11·20-03_

CHIEF C. SCOTT HARRIS, JR.

APPROVED: _____ DENIED: ✓

COMMENTS: _____

_____

D_03641

## Section 7 - Investigator's Interview Notes - (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license. For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant Desiring a CCW License (use additional sheets if needed).

I am a self-employed attorney. Practically all of my business is in the foreclosure and eviction field. I make contact with occupants and negotiate their surrender of the property. If I fail, court actions are started. My contact continues through this process from initial contact prior to the foreclosure, to the final surrender of the house to the mortgage company. The majority of my time is spent in the field, not in the office, negotiating with former owners and tenants, and when that fails, I start and give to them the court complaints. I work in Sacramento, and the surrounding counties of Yolo, Yuba, Sutter, Nevada, Placer, and Eldorado, in both rural and urban areas. And even though I am proficient in Taekwondo, I am frequently meeting desperate people with the ability to cause harm.

-13-

D_03642

State of California, Department of Justice
## Standard Application for CCW License

## Section 8 - Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

_____
Applicant Signature

_____
Witness Signature / Badge Number

$\dfrac{June\ 13\ 2003}{\text{Date}}$

_____
Date

-14-

D_03643

State of California, Department of Justice
## Standard Application for CCW License

Official Use Only - Type of Permit Requested:
( ) Standard        ( ) Judge
( ) Reserve Officer  ( ) 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

Applicant Signature

June 13, 2003
Date

Witness Signature / Badge Number

Date

## Section 1 - Applicant Personal Information

Name: Rothery _____ James _____ Eugene
        Last              First              Middle

If Applicable,
Maiden Name or Other Name(s) Used: _____

City and County of Residence: Carmichael, Sacramento    Country of Citizenship: U.S.A.

Date of Birth: REMOVED BY DEFENDANT    Place of Birth: REMOVED BY DEFENDANT
                                        City    County    State

Height: 6 feet    Weight: 180 pounds    Color Eyes: blue    Color Hair: brown

## Section 2 - Applicant Clearance Questions

1. Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
   No x    Yes ____ (If yes, please indicate below. Use additional pages if necessary.)

   Issuing Agency _____ Issue Date _____ CCW# _____

2. Have you ever applied for and been denied a license to carry a concealed weapon?
   No x    Yes ____ (If yes, give agency name, date and reason for denial.)

   _____

-3-

D_03644

## Section 2 - Applicant Clearance Questions - (continued)

3. Have you ever held and subsequently renounced your United States citizenship?
No _x_ Yes_____ (If yes, explain):

_____

4. If you served with the Armed Forces, were you ever convicted of any charges or was your discharge other than honorable? No _x_ Yes_____ (If yes, explain):

_____

_____

5. Are you now, or have you been, a party to a lawsuit in the last five years?
No _x_ Yes_____ (If yes, explain):

_____

_____

_____

_____

6. Are you now, or have you been, under a restraining order(s) from any court?
No _x_ Yes_____ (If yes, explain):

_____

_____

7. Are you on probation or parole from any state for conviction of any offense including traffic? No _x_ Yes_____ (If yes, explain):

_____

_____

4

## Section 6 - Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 - California Prohibiting Categories for a CCW License, Attachment 2 - California Prohibiting Misdemeanors, and Attachment 3 - Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

_____
Applicant Signature

_____
Witness Signature / Badge Number

_____
Date  June 13, 2003

_____
Date

-10-

D_03646

## Section 7 - Investigator's Interview Notes

Applicant Name:

| Rothery | James | Eugene |
|---|---|---|
| Last | First | Middle |

Date of Birth: REMOVED BY DEFENDANT          Age: 52

Social Security No.:

California DL/ID No.:

Driver's License Restrictions: corrective lenses

Residence Address:

| 3023 Paragon Way | | Carmichael, California 95608 | | |
|---|---|---|---|---|
| Number    Street | Apt. | City | State | Zip |

Mailing Address (if different):

| P.O. Box 601033 | | Sacramento, California 95860 | | |
|---|---|---|---|---|
| Number    Street | Apt. | City | State | Zip |

Home / Personal Phone Numbers: (916) 719-6733

Spouse's Name and Address: Sheryl Rothery

3023 Paragon Way, Carmichael, California 95608

Applicant Occupation: attorney

Business / Employer Name: self-employed

Business Phone Number: (916) 719-6733

Business Address:

| 1025 Ninth Street #205 | | Sacramento, California | | |
|---|---|---|---|---|
| Number    Street | Apt. | City | State | Zip |

1.  List all previous home addresses for the past five years.

3023 Paragon Way, Carmichael, California 95608

D_03647

## Section 7 – Investigator's Interview Notes – (continued)

2. Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ? No____X____Yes_____(If yes, explain):

_____

_____

3. Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illegal controlled substance, or have you ever reported to a detoxification or drug treatment program? No____X____Yes_____(If yes, explain):

_____

_____

4. Have you ever been involved in an incident involving firearms?
   No___X___Yes_____(If yes, explain):

_____

_____

_____

5. Have you been involved in a domestic violence incident?
   No___X___Yes_____(If yes, explain):

_____

_____

6. List any arrests or formal charges, with or without disposition, for any criminal offenses within the U.S. or any other country (civilian or military):

   none
   _____

   _____

-12-

# SACRAMENTO COUNTY  SHERIFF'S DEPARTMENT

## JOHN MCGINNESS
*Sheriff*

### CONCEALED WEAPONS PERMIT EVALUATION

APPLICANT'S NAME: JAMES ROTHERY

OCCUPATION: ATTORNEY (APPLICATION AFTER DENIAL)

DATE APPLICATION SUBMITTED: 08/31/06

DATE OF EVALUATION:

APPROVED: _____ DENIED: ✓_____

RENEWAL: _____ TRAINING DATE: _____

COMMENTS: _____

_____

_____

CHIEF CHRISTINE HESS

CAPTAIN JIM COOPER

CAPTAIN DOUG LEE

*************************************************************************

DATE OF APPEAL: _____

CHIEF DEPUTY BILL KELLY

APPROVED: _____ DENIED: _____

COMMENTS: _____

_____

_____

REFER ALL CORRESPONDENCE TO: SACRAMENTO SHERIFF'S DEPARTMENT • P.O. BOX 988 • SACRAMENTO, CA 95812-0988

D_03624

## CCW BRIEFING SUMMARY:

NAME: ROTHERY, JAMES

DATE OF BIRTH: REMOVED BY DEFENDANT

CRIMINAL HISTORY: None

RESIDENCE: 3023 Paragon way, Carmichael, CA. 95608

SACRAMENTO COUNTY YES ☒ NO ☐

LENGTH OF TIME AT THIS RESIDENCE: 8 Years.

HAVE APPLIED FOR CCW WITH OTHER AGENCIES?
YES ☐ NO ☒

OCCUPATION : Real Estate Investor.

EMPLOYED BY: Self.

IS EMPLOYER AWARE OF REQUEST FOR CCW?
YES ☐ NO ☒

(IF YES, ATTACHED LETTER FROM EMPLOYER INCLOSED?
YES ☐ NO ☒

LIST ATTACHED DOCUMENTS:
Prior Denial Letter in 05.

EXPERIENCE/WORK HISTORY: Recreational firearms.

JUSTIFICATION FOR CCW PERMIT: Real Estate Investor that deals in forclosures and also collects rent in cash at times. This is the applicants second attempt at securing a CCW. He was denied in 05 for no just cause.

D_03625

State of California, Department of Justice
# Standard Application for CCW License

Official Use Only - Type of Permit Requested
( ) Standard    ( ) Judge
( ) Reserve Officer    ( ) 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

Applicant Signature

Date: 8-31-06

Witness Signature / Badge Number

Date: 8/31/06

## Section 1 - Applicant Personal Information

Name: Rothery (Last)    James (First)    Eugene (Middle)

If Applicable,
Maiden Name or Other Name(s) Used:

City and County of Residence: Sacramento

Country of Citizenship: U.S.A.

Date of Birth: REMOVED BY DEFENDANT    Place of Birth: REMOVED BY DEFENDANT    City    County    State

Height: 6 feet    Weight: 180 pounds    Color Eyes: blue    Color Hair: brown

## Section 2 - Applicant Clearance Questions

1. Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
   No _x_  Yes ____ (If yes, please indicate below. Use additional pages if necessary.)

   Issuing Agency _____ Issue Date _____ CCW# _____

2. Have you ever applied for and been denied a license to carry a concealed weapon?
   No ___  Yes _x_ (If yes, give agency name, date and reason for denial.)

   Sacramento County Sheriff, January 2003 and October 2005.

   Everyday course of living and working did not justify the need for a weapon

-3-

D_03626

## Section 2 – Applicant Clearance Questions – (continued)

3. Have you ever held and subsequently renounced your United States citizenship?
   No X    Yes_____    (If yes, explain):

4. If you served with the Armed Forces, were you ever convicted of any charges or was your discharge other than honorable? No X    Yes_____ (If yes, explain):

5. Are you now, or have you been, a party to a lawsuit in the last five years?
   No_____ Yes  X   (If yes, explain):
   lawsuit regarding ownership of real estate in Sacramento County
   lawsuit regarding repayment of money loaned in Sacramento County

6. Are you now, or have you been, under a restraining order(s) from any court?
   No x    Yes_____ (If yes, explain):

7. Are you on probation or parole from any state for conviction of any offense including traffic? No X    Yes_____ (If yes, explain):

-4-

CONFIDENTIAL
COPY – DO NOT DUPLICATE
GORSKI

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 - California Prohibiting Categories for a CCW License, Attachment 2 - California Prohibiting Misdemeanors, and Attachment 3 - Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

_____  
Applicant Signature

Date: 8-31-06

_____  
Witness Signature / Badge Number

Date: 8/31/06

-10-

D_03628

## Section 7 – Investigator's Interview Notes

Applicant
Name: _Romeker_ _James_ _Eugene_
      Last                  First                Middle

Date of Birth: _REMOVED BY DEFENDANT_      Age: _55_

Social Security No.:

California DL/ID No.:

Driver's License Restrictions: _Corr. lens only._

Residence Address:
_3033_ _Paragon Way_ / _Carmichael_ _CA_ _95608_
Number    Street                      Apt.     City     State   Zip

Mailing Address (if different):
_PO Box 60133 Jac CA 95860_
Number    Street                  Apt.     City     State   Zip

Home / Personal Phone Numbers: ( 916 ) 719-6733   cell / (916) 359-4568

Spouse's Name and Address: _Cheryl Romekey_
                                 "      "

Applicant Occupation: _lawyer_

Business / Employer Name: _Self employed_

Business Phone Number: ( )

Business Address:
_1025_ _Ninth St, #205_ _Jac_ _CA_ _95814_
Number    Street                  Apt.     City     State   Zip

1. List all previous home addresses for the past five years.

-11-

## Section 7 - Investigator's Interview Notes - (continued)

2. Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ? No __X__ Yes_____ (If yes, explain):

_____

_____

3. Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illegal controlled substance, or have you ever reported to a detoxification or drug treatment program? No __X__ Yes_____ (If yes, explain):

_____

_____

4. Have you ever been involved in an incident involving firearms?
   No __X__ Yes_____ (If yes, explain):

_____

_____

_____

5. Have you been involved in a domestic violence incident?
   No __x__ Yes_____ (If yes, explain):

_____

_____

6. List any arrests or formal charges, with or without disposition, for any criminal offenses within the U.S. or any other country (civilian or military)

_____

_____

-12-

## Section 7 - Investigator's Interview Notes – (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license. For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant Desiring a CCW License (use additional sheets if needed).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-13-

## Section 8 – Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

**Applicant Signature**  **Date** 8-31-06

**Witness Signature / Badge Number**  **Date** 8/31/06

-14-

D_03632