LAW OFFICES OF GARY W. GORSKI
8549 Nephi Way
Fair Oaks, CA 95628
Telephone: (916) 965-6800
Facsimile: (916) 965-6801
usrugby@pacbell.net
www.gwgorski.com
GARY W. GORSKI - CBN: 166526
Attorney for Plaintiff

Co-Counsel
DANIEL M. KARALASH - SBN: 176422
(916) 787-1234
(916) 787-0267

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. MEHL; LOK T. LAU; FRANK FLORES<br>    Plaintiffs,<br><br>vs.<br><br>LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records.<br>    Defendants | CASE NO.: CIV S 03 2682 MCE/KJM<br><br>**DECLARATION OF GARY W. GORSKI IN SUPPORT OF PLAINTIFFS' COUNTER MOTION AND OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 16, 2007<br>Time: 9:00 a.m.<br>Ctrm: 3<br>Judge: Honorable Morrison C. England, Jr. |

DECLARATION OF GARY W. GORSKI

I, Gary W. Gorski, make this declaration under the penalty:

1. The facts contained herein are of my own personal knowledge, and if called upon to do so, I am competent to testify as to such.

2. **Exhibit "A"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of the Deposition of Defendant Blanas, and Exhibits 1, 1a, 2, and 3, are true and correct copies of those exhibits which were part of that deposition.

3. **Exhibit "B"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of Deposition of Amber Wong, and Exhibits 5 and 6, are true and

1.

1 | correct copies of those exhibits which were part of that deposition.

2 | 4. **Exhibit "C"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of the Deposition of Aaron McAtee and Exhibit 4 is a true and correct copies of those exhibits which were part of that deposition.

5. All of the following bate stamped documents commencing with the letter "D" are relevant portions of the approximate 4000 pages of relevant documents that were produced by Defendant Blanas under the penalty of perjury, per his discovery responses at Exhibits "G, H, J, K, L, N, R and S", and the County's response at Exhibit "I". These discovery responses are true and correct scans of the originals produced.

**6.** **Exhibit "D"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of the Dave Baker's application.

7. **Exhibit "E"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of the Blanas letter to Gerber.

8. **Exhibit "F"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of the various blank CCW applications produced.

9. **Exhibit "G"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of the Blanas Supplemental RPD response.

10. **Exhibit "H"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of the Blanas Second Supplemental RPD response.

11. **Exhibit "I"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions County Second Supplemental Interrogatory Response.

12. **Exhibit "J"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions Defendant Blanas' supplemental to documents.

13. **Exhibit "K"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of Blanas Supplemental Document Production.

14. **Exhibit "L"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions Blanas Second Supplemental Document response.

15. **Exhibit "M"**, which is attached hereto, is a true and correct PDF from the County of

| | |
|---|---|
| 1 | Nevada Recorders Office, as part of public records. |
| 2 | 16. **Exhibit "N"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions of Blanas Third Supplemental Interrogatory Responses. |
| 4 | 17. **Exhibit "O"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions Defendant Blanas' campaign records. |
| 6 | 18. **Exhibit "P"**, which is attached hereto, is a true and correct PDF scanned copy of the relevant portions Approved CCW applications produced by Defendants in response to the above discovery responses. |
| 9 | 19. **Exhibit "Q"**, which is attached hereto, is a true and correct PDF scanned copy of the affidavit of James Colafrancesco. |
| 11 | 20. **Exhibit "R"**, which is attached hereto, is a true and correct PDF scanned copy of the September 7, 2006, cover letter and attached verifications for Defendant Lou Blanas' Responses to Plaintiffs Request for Production of Documents, Defendant Lou Blanas' Responses to Special Interrogatories, and Defendant County of Sacramento's Responses to Special interrogatories. These verifications were for Sets One of the propounded discovery noted in **Exhibits "F", "G", "H", "K", "L", and "S"**. |
| 17 | 21. **Exhibit "S"**, which is attached hereto, is a true and correct PDF scanned copy of the May 3, 2006 service of Defendant Lou Blanas' Responses to Plaintiffs Request for Production of Documents, Set One, Defendant Lou Blanas' Responses to Special Interrogatories, and Defendant County of Sacramento's Responses to Special interrogatories. |
| 21 | 22. **Twomey Exhibits "D", "E", "F", "G", "H", "J" and "O"** are true and correct PDF scanned copies of documents produced by Defendants in discovery to the following discovery responses as compared to typing out the answers: **Exhibits "F", "G", "H", "K", "L", "R", and "S"**. |

I declare that the information contained in this declaration is true and correct and made under the penalty of perjury under the laws of the United States of America, signed in Fair Oaks, CA on Wednesday, November 21, 2007.

3.

/s/ Gary W. Gorski
GARY W. GORSKI
Declarant