Parcel QuickInfo

COUNTY SITE MAP    PRINT FRIENDLY    COUNTY HOME PAGE



**WASHOE COUNTY, NEVADA**
"Dedicated to Excellence in Public Service"

(pictured) The Truckee Meadows shines in a new coat of winter snow

County Home => Assessor`s Office => Property Assessment Data => Parcel QuickInfo

**WASHOE COUNTY QUICK INFO**  (Summary data may not be complete representation of property)    04/10/2007

### Owner Information & Legal Description

| Field | Value |
|---|---|
| APN | 150-382-18 |
| | Parcel Map \| Map Index \| Map Warehouse |
| | Card 1 of 1 |
| Situs | 14840 CORSICA CT |
| Owner 1 | BLANAS, LOUIS J ETAL |
| Mail Address | 4121 PUENTE WAY |
| | SACRAMENTO  CAV  95864 |
| Owner 2 | BLANAS, NANETTE J |
| Owner 3 | GERBER , EDWIN G |
| Rec Doc No | 03300824 |
| Rec Date | 11/01/2005 |
| Prior Owner | REYNEN & BARDIS |
| Prior Doc | 02947205  10/30/2003 |
| Keyline Desc | ESTATES AT MT ROSE 1 LT 5 |
| Subdivision | ESTATES AT MT ROSE 1 |
| Lot | 5 |
| Block | |
| Sub Map# | 4273 |
| Record of Survey Map | |
| Parcel Map# | |
| Section Township Range | |
| SPC | |
| Tax Dist | 3005  Add'l Tax Info |
| Prior APN | 150-102-07 |

### Building Information

| Field | Value | Field | Value |
|---|---|---|---|
| | | Property Name: | |
| Quality | R045  GOOD/ VERY GD | Bldg Type | Sgl Fam Res |
| Stories | ONE | | |
| Year Built | 2005 | Square Feet | 3,884 |
| W.A.Y. | 2005 | | Square Feet does not include Bsmt or Garage Conversion area click for details |
| Bedrooms | 4 | | |
| Full Baths | 3 | Finished Bsmt | 0 |
| Half Baths | 1 | Unfin Bsmt | 0 |
| Fixtures | 18 | Bsmt Type | |
| Fireplaces | 0 | Gar Conv Sq Foot | 0 |
| Heat Type | FA/AC | Total Gar Area | 764 |
| Sec Heat Type | | Gar Type | GARA |
| Ext Walls | STUCCO | Det Garage | 0 |
| Sec Ext Walls | | Bsmt Gar Door | 0 |
| Roof Cover | CONCRETE TIL | Sub Floor | SLAB |
| %Incomplete | 0 | Frame | STUD FRAMED |
| Obso/Bldg Adj | 0 | Units/Bldg | 1 |

Twomey Exhibit "K", Page: 000001

http://www.co.washoe.nv.us/assessor/cama/quickinfoform.php~ParcelID=150-382-18&CardNumber=1 (1 of 3)4/10/2007 4:16:04 PM

Case 2:03-cv-02682-MCE-KJM   Document 161   Filed 11/22/07   Page 2 of 5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **Construction Mod** | 0 | | **Units/Parcel** | 1 |
| | | | | **Last Activity** | JWJ  10/20/2004 | | **Last Permit** | PJO  05/09/2005 |

| Land Information |||||||||
|---|---|---|---|---|---|---|---|---|
| **Land Use** | 020 | **Zoning** | LDS | **Sewer** | MUNI | **Value Year** | 2005 | **Reason** | New Construc | **Factor Dist** | 170R |
| **Size** | 49237  SF | **Water** | MUNI | **Street** | PAVED | | | **Reapp Years** | 2003-2008 | | |

| Valuation Information | 2006/2007 FV | 2007/2008  NR |
|---|---|---|
| Taxable Land Value | 104,958 | 120,702 |
| Txble Improvement Value | 408,350 | 408,438 |
| Secured Personal Property (rounded) | 0 | 0 |
| Taxable Total | 513,308 | 529,140 |
| Assessed Land Value | 36,735 | 42,246 |
| Assessed Improvement Value | 142,922 | 142,953 |
| Assessed Personal Prop | | 0 |
| Total Assessed | 179,657 | 185,199 |
| Supplemental New Const | 0 | 0 |

| Sales/Transfer Information/Recorded Document ||||
|---|---|---|---|
| V-Code | LUC | Doc Date | Value | Grantor |
| 2D | 020 | 11/01/2005 | 647,673 | REYNEN & BARDIS, |
| 3NTT | 012 | 10/30/2003 | 0 | REYNEN & BARDIS, |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |

The 2007/2008 values are preliminary values and subject to change.

All data on this form is for use by the Washoe County Assessor for assessment purposes only. Zoning information should be verified with the appropriate planning agency.



[sketch code descriptions](#)



181807

Twomey Exhibit "K", Page: 000002

for technical issues regarding this site, please **contact the webmaster**

smaller — FONT SIZE — larger

Twomey Exhibit "K", Page: 000003

Ownership

COUNTY SITE MAP    PRINT FRIENDLY    COUNTY HOME PAGE





(pictured) The Spanish Springs valley is obscured by a thick blanket of winter fog

County Home => Assessor`s Office => Property Assessment Data => Ownership

### APN 150-382-18

| Owner | % Ownership |
|---|---|
| BLANAS, LOUIS J ETAL | 25 |
| BLANAS, NANETTE J | 25 |
| GERBER , EDWIN G | 50 |

**All data on this form is for use by the Washoe County Assessor for assessment purposes only.**

for technical issues regarding this site, please **contact the webmaster**
smaller -- FONT SIZE ++ larger

Twomey Exhibit "K", Page: 000004

http://www.co.washoe.nv.us/assessor/cama/images/Image/181000/807001.JPG?PHPSESSID=ca373e07f4b73995a65a87d3106946a9



Twomey Exhibit "K", Page: 000005

http://www.co.washoe.nv.us/assessor/cama/images/Image/1...0/807001.JPG?PHPSESSID=ca373e07f4b73995a65a87d3106946a94/13/2007 10:21:38 PM