CCW COUNTS BY COUNTY
1987 THROUGH 2005

| COUNTY | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 - Alameda | 130 | 132 | 100 | 132 | 120 | 125 | 103 | 143 | 150 | 179 | 190 | 203 | 192 | 181 |
| 02 - Alpine | 34 | 19 | 37 | 34 | 39 | 38 | 36 | 13 | 21 | 32 | 34 | 35 | 30 | 26 |
| 03 - Amador | 512 | 548 | 693 | 737 | 780 | 763 | 724 | 714 | 768 | 820 | 854 | 855 | 801 | 797 |
| 04 - Butte | 917 | 895 | 929 | 939 | 939 | 895 | 887 | 792 | 990 | 1828 | 1501 | 1577 | 1674 | 1694 |
| 05 - Calaveras | 263 | 272 | 458 | 353 | 531 | 561 | 584 | 444 | 568 | 42 | 658 | 659 | 576 | 581 |
| 06 - Colusa | 227 | 232 | 270 | 259 | 236 | 234 | 227 | 101 | 123 | 147 | 165 | 167 | 149 | 145 |
| 07 - Contra Costa | 295 | 311 | 302 | 251 | 210 | 187 | 185 | 163 | 208 | 239 | 263 | 275 | 281 | 278 |
| 08 - Del Norte | 108 | 110 | 136 | 168 | 98 | 125 | 146 | 142 | 155 | 176 | 190 | 191 | 171 | 173 |
| 09 - El Dorado | 1027 | 1099 | 1190 | 1289 | 1286 | 1244 | 1260 | 1025 | 1198 | 1278 | 1389 | 1413 | 1312 | 1312 |
| 10 - Fresno | 2496 | 2458 | 2398 | 2525 | 2592 | 2454 | 2317 | 1702 | 2178 | 2512 | 2818 | 2883 | 2694 | 2694 |
| 11 - Glenn | 427 | 406 | 464 | 431 | 447 | 398 | 403 | 243 | 320 | 353 | 384 | 385 | 348 | 338 |
| 12 - Humboldt | 720 | 794 | 1439 | 1339 | 1279 | 977 | 1052 | 832 | 981 | 1129 | 1240 | 1247 | 1108 | 1097 |
| 13 - Imperial | 390 | 405 | 426 | 458 | 421 | 413 | 428 | 359 | 450 | 483 | 489 | 490 | 404 | 391 |
| 14 - Inyo | 116 | 123 | 157 | 166 | 177 | 177 | 181 | 166 | 189 | 207 | 218 | 219 | 220 | 220 |
| 15 - Kern | 3762 | 3703 | 4112 | 4314 | 4271 | 4004 | 4076 | 2961 | 3566 | 3828 | 4275 | 4306 | 4034 | 4077 |
| 16 - Kings | 244 | 227 | 287 | 304 | 290 | 291 | 286 | 218 | 265 | 287 | 304 | 307 | 287 | 298 |
| 17 - Lake | 163 | 186 | 188 | 210 | 212 | 202 | 208 | 185 | 213 | 223 | 241 | 251 | 230 | 229 |
| 18 - Lassen | 349 | 337 | 373 | 399 | 382 | 350 | 353 | 287 | 307 | 329 | 353 | 352 | 284 | 282 |
| 19 - Los Angeles | 464 | 613 | 805 | 892 | 1192 | 1261 | 856 | 668 | 874 | 1183 | 1303 | 1391 | 1626 | 1358 |
| 20 - Madera | 1064 | 1035 | 1159 | 1173 | 1190 | 1138 | 1136 | 740 | 932 | 1084 | 1196 | 1231 | 1109 | 1110 |
| 21 - Marin | 37 | 22 | 38 | 42 | 47 | 38 | 50 | 32 | 44 | 1134 | 57 | 59 | 53 | 57 |
| 22 - Mariposa | 331 | 324 | 317 | 262 | 259 | 239 | 234 | 189 | 253 | 302 | 348 | 364 | 360 | 361 |
| 23 - Mendocino | 159 | 149 | 163 | 199 | 208 | 207 | 217 | 319 | 437 | 647 | 888 | 1113 | 1247 | 1291 |
| 24 - Merced | 507 | 516 | 602 | 625 | 650 | 626 | 614 | 820 | 596 | 674 | 736 | 748 | 690 | 685 |
| 25 - Modoc | 221 | 229 | 320 | 313 | 285 | 279 | 266 | 210 | 275 | 301 | 336 | 338 | 284 | 282 |
| 26 - Mono | 69 | 71 | 65 | 75 | 70 | 69 | 64 | 56 | 70 | 80 | 86 | 86 | 76 | 73 |
| 27 - Monterey | 56 | 48 | 58 | 64 | 62 | 62 | 58 | 46 | 56 | 80 | 103 | 121 | 116 | 123 |
| 28 - Napa | 502 | 466 | 507 | 520 | 502 | 465 | 475 | 336 | 460 | 501 | 524 | 518 | 497 | 498 |
| 29 - Nevada | 555 | 575 | 599 | 606 | 601 | 589 | 479 | 333 | 421 | 474 | 517 | 531 | 466 | 472 |
| 30 - Orange | 249 | 278 | 282 | 260 | 285 | 304 | 290 | 354 | 571 | 880 | 1094 | 1225 | 1287 | 1347 |
| 31 - Placer | 801 | 799 | 934 | 1034 | 1083 | 1051 | 1098 | 838 | 1021 | 1125 | 1233 | 1262 | 1170 | 1159 |
| 32 - Plumas | 275 | 280 | 312 | 350 | 359 | 338 | 339 | 256 | 297 | 345 | 398 | 411 | 402 | 400 |
| 33 - Riverside | 201 | 252 | 276 | 325 | 486 | 454 | 406 | 373 | 502 | 583 | 677 | 698 | 618 | 712 |

# CCW COUNTS BY COUNTY
## 1987 THROUGH 2005

| County | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 - Sacramento | 474 | 483 | 533 | 1078 | 1468 | 1485 | 257 | | 380 | 514 | 580 | 600 | 609 | 606 |
| 35 - San Benito | 17 | 22 | 20 | 26 | 25 | 22 | 24 | 15 | 16 | 16 | 16 | 16 | 3 | 1 |
| 36 - San Bernardino | 1399 | 1549 | 1847 | 1989 | 2055 | 2113 | 2115 | 1884 | 2084 | 2329 | 2548 | 2575 | 2592 | 2582 |
| 37 - San Diego | 2412 | 2209 | 2211 | 1989 | 1897 | 1828 | 1686 | 1268 | 1580 | 1834 | 1947 | 1963 | 1703 | 1702 |
| 38 - San Francisco | 9 | 8 | 5 | 6 | 6 | 8 | 8 | 2 | 8 | 9 | 10 | 10 | 10 | 10 |
| 39 - San Joaquin | 425 | 388 | 445 | 460 | 444 | 488 | 501 | 394 | 491 | 546 | 576 | 589 | 565 | 564 |
| 40 - San Luis Obispo | 558 | 480 | 486 | 465 | 426 | 441 | 440 | 337 | 397 | 445 | 469 | 474 | 421 | 413 |
| 41 - San Mateo | 234 | 234 | 209 | 229 | 230 | 228 | 213 | 148 | 204 | 224 | 235 | 239 | 235 | 222 |
| 42 - Santa Barbara | 69 | 55 | 73 | 82 | 74 | 68 | 96 | 77 | 106 | 144 | 171 | 173 | 180 | 179 |
| 43 - Santa Clara | 139 | 124 | 148 | 154 | 163 | 124 | 155 | 104 | 132 | 161 | 184 | 188 | 176 | 188 |
| 44 - Santa Cruz | 31 | 26 | 20 | 31 | 31 | 29 | 23 | 25 | 30 | 38 | 44 | 44 | 42 | 38 |
| 45 - Shasta | 3118 | 2937 | 3482 | 3574 | 3450 | 3369 | 3240 | 2377 | 2972 | 3154 | 3347 | 3361 | 2685 | 2687 |
| 46 - Sierra | 104 | 105 | 122 | 114 | 111 | 106 | 127 | 59 | 90 | 105 | 115 | 117 | 111 | 114 |
| 47 - Siskiyou | 540 | 552 | 647 | 624 | 590 | 536 | 492 | 321 | 390 | 437 | 470 | 484 | 421 | 383 |
| 48 - Solano | 77 | 48 | 75 | 81 | 102 | 65 | 60 | 49 | 77 | 84 | 92 | 117 | 139 | 139 |
| 49 - Sonoma | 194 | 173 | 157 | 136 | 142 | 135 | 124 | 115 | 131 | 153 | 170 | 172 | 163 | 161 |
| 50 - Stanislaus | 454 | 394 | 412 | 595 | 462 | 420 | 408 | 357 | 449 | 533 | 639 | 650 | 632 | 646 |
| 51 - Sutter | 647 | 549 | 576 | 542 | 547 | 519 | 513 | 356 | 472 | 549 | 620 | 624 | 619 | 631 |
| 52 - Tehama | 662 | 687 | 831 | 863 | 969 | 959 | 986 | 878 | 951 | 1012 | 1080 | 1085 | 961 | 968 |
| 53 - Trinity | 325 | 343 | 377 | 385 | 385 | 373 | 379 | 242 | 311 | 365 | 410 | 420 | 412 | 412 |
| 54 - Tulare | 2256 | 2259 | 2819 | 2947 | 3042 | 2976 | 2902 | 2084 | 2601 | 2769 | 2921 | 2934 | 2653 | 2650 |
| 55 - Tuolumne | 956 | 941 | 1025 | 1030 | 972 | 918 | 899 | 665 | 846 | 906 | 951 | 956 | 885 | 881 |
| 56 - Ventura | 206 | 201 | 197 | 216 | 325 | 320 | 348 | 343 | 470 | 579 | 640 | 715 | 766 | 760 |
| 57 - Yolo | 421 | 369 | 371 | 359 | 368 | 350 | 318 | 229 | 293 | 307 | 309 | 284 | 275 | 280 |
| 58 - Yuba | 679 | 649 | 639 | 594 | 578 | 526 | 491 | 281 | 331 | 377 | 412 | 419 | 399 | 395 |
| **TOTAL:** | 34,077 | 33,699 | 38,123 | 39,617 | 40,451 | 38,964 | 36,843 | 31,583 | 35,271 | 41,075 | 44,018 | 45,120 | 42,453 | 42,353 |