Case 2:03-cv-02682-MCE-KJM  Document 161-3  Filed 11/22/07  Page 1 of 1

**California Business Portal**
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of NOV 09, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| SUNRISE LIQUORS, INC. | | |
| **Number:** C0843026 | **Date Filed:** 4/7/1978 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 8101 GREENBACK LN | | |
| FAIR OAKS, CA 95628 | | |
| Agent for Service of Process | | |
| JOHN A CHRISTIE | | |
| 6007 KENNETH OAK WY | | |
| FAIR OAKS, CA 95628 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Twomey Exhibit "N", Page: 000001