**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded to whole dollars.

SCHEDULE A (CONT.)

Statement covers period
from 01/01/2005
through 06/30/2005

CALIFORNIA FORM 460

Page 8 of 19

NAME OF FILER: John McGinness for Sheriff

I.D. NUMBER: 1275989

| DATE RECEIVED | FULL NAME, STREET ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | PER ELECTION TO DATE (IF REQUIRED) |
|---|---|---|---|---|---|---|
| 06/30/2005 | Capitol Steel Co.<br>PO Box 215239<br>Sacramento, CA 95821 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | | 1,460.00 | 1,460.00 | |
| 06/30/2005 | Country Club Lanes<br>2600 Watt Ave.<br>Sacramento, CA 95821 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | | 250.00 | 250.00 | |
| 06/30/2005 | Glen Craig<br>6325 Rio Oso Dr.<br>Rancho Murieta, CA 95683 | ☒IND ☐COM ☐OTH ☐PTY ☐SCC | Retired | 365.00 | 365.00 | |
| 06/30/2005 | Crosson Manufacturers Representatives, Inc.<br>440 Kibus St.<br>Brea, CA 92821 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | | 300.00 | 300.00 | |
| 06/30/2005 | D. Bruce Fite & Associates<br>9857 Horn Rd.<br>Sacramento, CA 95827 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | | 300.00 | 300.00 | |

SUBTOTAL$ 2,675.00

*Contributor Codes
IND - Individual
COM - Recipient Committee (other than PTY or SCC)
OTH - Other (e.g., business entity)
PTY - Political Party
SCC - Small Contributor Committee

FPPC Form 460 (January/05)
FPPC Toll-Free Helpline: 866/ASK-FPPC (866/275-3772)

Twomey Exhibit "J-1", Page: 000001

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded to whole dollars.

Statement covers period
from 01/01/2005
through 06/30/2005

SCHEDULE A (CONT.)
CALIFORNIA FORM 460
Page 2 of 19

NAME OF FILER: John McGinness for Sheriff

I.D. NUMBER: 1275515

| DATE RECEIVED | FULL NAME, STREET ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 – DEC 31) | PER ELECTION TO DATE (IF REQUIRED) |
|---|---|---|---|---|---|---|
| 06/30/2005 | Douglas L. Dean, 4413 Valmonte Dr., Sacramento, CA 95864 | ☒IND ☐COM ☐OTH ☐PTY ☐SCC | Retired | 1,100.00 | 1,100.00 | |
| 06/30/2005 | Donald R. Deary, 2205 Stone Blvd., West Sacramento, CA 95691 | ☒IND ☐COM ☐OTH ☐PTY ☐SCC | Business Owner, North Cal Beverage Co. | 300.00 | 300.00 | |
| 06/30/2005 | Roger A. Dreyer, 7030 Grant Ave., Carmichael, CA 95608 | ☒IND ☐COM ☐OTH ☐PTY ☐SCC | Attorney, Dreyer Babich Buccola & Callahan | 1,000.00 | 1,000.00 | |
| 06/30/2005 | Energetic Painting & Drywall, Inc., 3030 Orange Grove Ave., North Highlands, CA 95660 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | | 5,000.00 | 5,000.00 | |
| 06/30/2005 | Fite Properties, Inc., 9857 Horn Rd., Sacramento, CA 95827 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | | 900.00 | 900.00 | |

SUBTOTALS  $8,300.00

*Contributor Codes
IND – Individual
COM – Recipient Committee (other than PTY or SCC)
OTH – Other (e.g., business entity)
PTY – Political Party
SCC – Small Contributor Committee

FPPC Form 460 (January/05)
FPPC Toll-Free Helpline: 866/ASK-FPPC (866/275-3772)

Twomey Exhibit "J-1", Page: 000002

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded to whole dollars.

Statement covers period
from 07/01/2006
through 12/31/2006

SCHEDULE A (CONT.)
CALIFORNIA FORM 460

Page 8 of 61

NAME OF FILER: John McGinness for Sheriff

I.D. NUMBER: 1275989

| DATE RECEIVED | FULL NAME, STREET ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | PER ELECTION TO DATE (IF REQUIRED) |
|---|---|---|---|---|---|---|
| 07/28/2006 | Donald E. Deary, 2285 Stone Blvd., West Sacramento, CA 95691 | ☒IND ☐COM ☐OTH ☐PTY ☐SCC | Business Owner, North Cal Beverage Co. | 300.00 | 450.00 | |
| 07/28/2006 | Darrell J. Dettling, 510 Wilkaggin Dr., Sacramento, CA 95864 | ☒IND ☐COM ☐OTH ☐PTY ☐SCC | General Contractor, R. E. Developer | 100.00 | 100.00 | |
| 07/28/2006 | Downtown Bail Bond Co., 331 J St., #200, Sacramento, CA 95814 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | | 1,450.00 | 1,700.00 | |
| 07/28/2006 | Fite Properties, Inc., 9857 Horn Rd., Sacramento, CA 95827 | ☐IND ☐COM ☒OTH ☐PTY ☐SCC | Real Estate, Self | 1,200.00 | 1,500.00 | |
| 07/28/2006 | Frank G. Giordano, 101 Waterglen Cir., Sacramento, CA 95826 | ☒IND ☐COM ☐OTH ☐PTY ☐SCC | Real Estate, Self | 100.00 | 100.00 | |

SUBTOTAL $ 3,150.00

*Contributor Codes
IND – Individual
COM – Recipient Committee (other than PTY or SCC)
OTH – Other (e.g., business entity)
PTY – Political Party
SCC – Small Contributor Committee

FPPC Form 460 (January/05)
FPPC Toll-Free Helpline: 866/ASK-FPPC (866/275-3772)

Twomey Exhibit "J-1", Page: 000003