1

2

LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

3

Tel: 916-974-8500 Fax: 916 974-8510

4

John A. Lavra, CSB No. 114533

5

Jeri L. Pappone, CSB No. 210104

6

Attorneys for Defendants, LOU BLANAS, as SHERIFF OF COUNTY
OF SACRAMENTO; COUNTY OF SACRAMENTO,

7

SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

DAVID K. MEHL, LOK T. LAU,
and FRANK FLORES,

**CASE NO.:   CIV S-03 -2682 MCE KJM**

11

12

Plaintiffs,

**[AMENDED] DEFENDANTS'
OBJECTIONS TO DECLARATION OF
TIMOTHY G. TWOMEY**

13

vs.

14

LOU BLANAS, individually and in his
official capacity as SHERIFF OF

Date:   December 7, 2007

15

COUNTY OF SACRAMENTO;
COUNTY OF SACRAMENTO,

Time:  9:00 a.m.
Ctrm:  3

16

SHERIFF'S DEPARTMENT;
COUNTY OF SACRAMENTO;

Judge: Honorable Morrison C. England, Jr.

17

BILL LOCKYER, Attorney General,
State of California;

18

RANDI ROSSI, State Firearms Director
and Custodian of Records

19

Defendants

20

21

        Defendants object to the admissibility of the statements, testimony, and/or matters set

22

forth in the declaration of Timothy G. Twomey as follows:

23

1.        Defendants object to paragraph 50 on the grounds that the testimony lacks proper

24

evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402,

25

601, 602), that the witness lacks the requisite knowledge, skill, training, education, or

26

experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a

27

proper basis for expert testimony under FRE 702, and that the testimony is based upon matters

28

not contained within the expert report of Twomey. FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti</u>

By Molly Ltd vs. Deckers Outdoor Corp., 259 F.3d 1101, 1106 (9th Cir. 2001).

2.      Defendants object to paragraph 51on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey. FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp., 259 F.3d 1101, 1106 (9th Cir. 2001).

3.      Defendants object to paragraph 52 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey. FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp., 259 F.3d 1101, 1106 (9th Cir. 2001).

4.      Defendants object to paragraph 55 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), and that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702.

5.      Defendants object to paragraph 76 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey. FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

6.      Defendants object to paragraph 83 on the grounds of relevancy (FRE 401,402), that the testimony lacks proper evidentiary foundation (FRE 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 2

subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey. FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

7.      Defendants object to paragraph 86 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey. FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

8.      Defendants object to paragraph 87 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

9.      Defendants object to paragraph 89 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

10.     Defendants object to paragraph 90 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 3

the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

11.     Defendants object to paragraph 91 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

12.     Defendants object to paragraph 92 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

13.     Defendants object to paragraph 93 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

14.      Defendants object to paragraph 94 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

15.      Defendants object to paragraph 95 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

16.      Defendants object to paragraph 96 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 5

17.     Defendants object to paragraph 97 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

18.     Defendants object to paragraph 98 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

19.     Defendants object to paragraph 99 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

20.     Defendants object to paragraph 100 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

1  speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

2  training, education, or experience to provide the testimony (FRE 702), that the subject matter of

3  the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

4  based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

5  FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir.

6  2001).

7  21.    Defendants object to paragraph 101 on the grounds of relevancy (FRE 401, 402), that the

8  testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

9  speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

10  training, education, or experience to provide the testimony (FRE 702), that the subject matter of

11  the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

12  based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

13  FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir.

14  2001).

15  22.    Defendants object to paragraph 102 on the grounds that the testimony is based upon

16  matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1),

17  and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

18  23.    Defendants object to paragraph 103 on the grounds of relevancy (FRE 401, 402), that the

19  testimony is based upon speculation (FRE 401, 402, 601, 602), and that the testimony is based

20  upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP

21  37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

22  24.    Defendants object to paragraph 104 on the grounds that the witness lacks the requisite

23  knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

24  25.    Defendants object to paragraph 105 on the grounds that the witness lacks the requisite

25  knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 7

26.     Defendants object to paragraph 107 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

27.     Defendants object to paragraph 108 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

28.     Defendants object to paragraph 109 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), and that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702.

29.     Defendants object to paragraph 111 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), and that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702.

30.     Defendants object to paragraph 112 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702 and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

31.     Defendants object to paragraph 113 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 8

experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702 and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

32.    Defendants object to paragraph 116 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), and that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702.

33.    Defendants object to paragraph 117 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

34.    Defendants object to paragraph 118 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

35.    Defendants object to paragraph 119 on the grounds of relevancy (FRE 401, 402), that the

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento,   CA 95864
(916) 974-8500

testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

36.    Defendants object to paragraph 124 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702 and that the testimony constitutes or is based upon inadmissible hearsay. FRE 80.

37.    Defendants object to paragraph 127 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), and that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702.

38.    Defendants object to paragraph 131 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento,  CA 95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 10

39.     Defendants object to paragraph 134 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

40.     Defendants object to paragraph 136 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

41.     Defendants object to paragraph 140 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

42.     Defendants object to paragraph 143 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 11

not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

43.   Defendants object to paragraph 144 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

44.   Defendants object to paragraph 146 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

45.   Defendants object to paragraph 147 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

46.   Defendants object to paragraph 148 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 12

1  based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

2  FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir.

3  2001).

4  47.  Defendants object to paragraph 150 on the grounds that the testimony lacks proper

5  evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402,

6  601, 602), that the witness lacks the requisite knowledge, skill, training, education, or

7  experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a

8  proper basis for expert testimony under FRE 702, and that the testimony is based upon matters

9  not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti

10  By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

11  48.  Defendants object to paragraph 153 on the grounds that the testimony lacks proper

12  evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402,

13  601, 602), that the witness lacks the requisite knowledge, skill, training, education, or

14  experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a

15  proper basis for expert testimony under FRE 702, and that the testimony is based upon matters

16  not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti

17  By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

18  49.  Defendants object to paragraph 154 on the grounds that the testimony lacks proper

19  evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402,

20  601, 602), that the witness lacks the requisite knowledge, skill, training, education, or

21  experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a

22  proper basis for expert testimony under FRE 702, and that the testimony is based upon matters

23  not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti

24  By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

25  50.  Defendants object to paragraph 159 on the grounds that the testimony lacks proper

26  evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402,

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 13

601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

51.     Defendants object to paragraph 160 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), and that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

52.     Defendants object to paragraph 161 on the grounds relevancy (FRE 401, 402), and that the testimony is based upon speculation.  FRE 401, 402, 601, 602.

53.     Defendants object to paragraph 162 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

54.     Defendants object to paragraph 163 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), and that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE 702.

55.     Defendants object to paragraph 164 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 14

56.     Defendants object to paragraph 171 on the grounds of relevancy (FRE 401, 402), and that

the witness lacks the requisite knowledge, skill, training, education, or experience to provide the

testimony.  FRE  702.

57.     Defendants object to paragraph 172 on the grounds of relevancy (FRE 401, 402), and that

the witness lacks the requisite knowledge, skill, training, education, or experience to provide the

testimony.  FRE  702.

58.     Defendants object to paragraph 173 on the grounds of relevancy (FRE 401, 402), and that

the witness lacks the requisite knowledge, skill, training, education, or experience to provide the

testimony.  FRE  702.

59.     Defendants object to paragraph 174 on the grounds of relevancy (FRE 401, 402), and that

the witness lacks the requisite knowledge, skill, training, education, or experience to provide the

testimony.  FRE  702.

60.     Defendants object to paragraph 176 on the grounds of relevancy (FRE 401, 402), that the

testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

training, education, or experience to provide the testimony (FRE 702), that the subject matter of

the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir.

2001).

61.     Defendants object to paragraph 179 on the grounds that the testimony is based upon

matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1),

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 15

and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

62.     Defendants object to paragraph 180 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), and that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

63.     Defendants object to paragraph 181 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), and that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

64.     Defendants object to paragraph 182 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), and that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

65.     Defendants object to paragraph 183 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), and that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

66.     Defendants object to paragraph 184 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), and that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

67.     Defendants object to paragraph 185 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

68.     Defendants object to paragraph 187 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1),

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 16

1   and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

2   69.     Defendants object to paragraph 188 on the grounds that the testimony is based upon

3   matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1),

4   and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

5   70.     Defendants object to paragraph 192 on the grounds that the witness lacks the requisite

6   knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

7   71.     Defendants object to paragraph 193 on the grounds of relevancy (FRE 401, 402), that the

8   testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

9   speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

10  training, education, or experience to provide the testimony (FRE 702), that the subject matter of

11  the testimony is not a proper basis for expert testimony under FRE 702,l and that the testimony

12  is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

13  FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir.

14  2001).

15  72.     Defendants object to paragraph 194 on the grounds of that the witness lacks the requisite

16

17  knowledge, skill, training, education, or experience to provide the testimony.  FRE  702.

18  73.     Defendants object to paragraph 197 on the grounds that the subject matter of the

19  testimony is not a proper basis for expert testimony under FRE 702.

20  74.     Defendants object to paragraph 203 on the grounds of relevancy (FRE 401, 402), that the

21  testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

22  speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

23  training, education, or experience to provide the testimony (FRE 702), that the subject matter of

24  the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

25  based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

26  FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir.

27

28

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

1   2001).

2   75.     Defendants object to paragraph 212 on the grounds of relevancy. (FRE 401, 402).

3   76.     Defendants object to paragraph 213 on the grounds of relevancy. (FRE 401, 402).

4   77.     Defendants object to paragraph 214 on the grounds of relevancy. (FRE 401, 402).

5   78.     Defendants object to paragraph 226 on the grounds that the testimony lacks proper

6   evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402,

7   601, 602), that the witness lacks the requisite knowledge, skill, training, education, or

8   experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a

9   proper basis for expert testimony under FRE 702, and that the testimony is based upon matters

10   not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti</u>

11   <u>By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

12   79.     Defendants object to paragraph 230 on the grounds that the testimony is based upon

13   speculation.  (FRE 401, 402, 601, 602).

14   80.     Defendants object to paragraph 238 on the grounds of relevancy (FRE 401, 402), that the

15   testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

16   speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

17   training, education, or experience to provide the testimony (FRE 702), that the subject matter of

18   the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

19   based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

20   FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir.

21   2001).

22   81.     Defendants object to paragraph 241 on the grounds of relevancy (FRE 401, 402) and that

23

24   the testimony is based upon speculation. (FRE 401, 402, 601, 602).

25   82.     Defendants object to paragraph 257 on the grounds of relevancy. (FRE 401, 402).

26   83.     Defendants object to paragraph 258 on the grounds of relevancy (FRE 401, 402), that the

27

28

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

testimony lacks proper evidentiary foundation (FRE 602), and that the testimony is based upon speculation (FRE 401, 402, 601, 602).

84.     Defendants object to paragraph 260 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), and that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702.

85.     Defendants object to paragraph 262 on the grounds that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

86.     Defendants object to paragraph 263 on the grounds that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), that the testimony constitutes or is based upon inadmissible hearsay (FRE 80), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

87.     Defendants object to paragraph 264 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,  CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 19

88.     Defendants object to paragraph 265 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

89.     Defendants object to paragraph 266 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

90.     Defendants object to paragraph 267 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

91.     Defendants object to paragraph 268 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

training, education, or experience to provide the testimony (FRE 702), that the subject matter of

the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir.

2001).

92.     Defendants object to paragraph 269 on the grounds of relevancy (FRE 401, 402), that the

testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

training, education, or experience to provide the testimony (FRE 702), that the subject matter of

the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir.

2001).

93.     Defendants object to paragraph 270 on the grounds of relevancy (FRE 401, 402), that the

testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

training, education, or experience to provide the testimony (FRE 702), that the subject matter of

the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is

based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B),

FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir.

2001).

94.     Defendants object to paragraph 277 on the grounds of relevancy (FRE 401, 402), that the

testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon

speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill,

training, education, or experience to provide the testimony (FRE 702), that the subject matter of

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

95.   Defendants object to paragraph 278 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), and that the testimony is based upon speculation. (FRE 401, 402, 601, 602).

96.   Defendants object to paragraph 279 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), and that the testimony is based upon speculation. (FRE 401, 402, 601, 602).

97.   Defendants object to paragraph 280 on the grounds of relevancy. (FRE 401, 402).

98.   Defendants object to paragraph 282 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

99.   Defendants object to paragraph 297 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir.

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 22

2001).

100.     Defendants object to paragraph 298 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

101.     Defendants object to paragraph 299 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

102.     Defendants object to paragraph 300 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

103.     Defendants object to paragraph 302 on the grounds of relevancy. (FRE 401, 402).

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 23

104.     Defendants object to paragraph 308 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), and that the testimony is based upon speculation (FRE 401, 402, 601, 602).

105.     Defendants object to paragraph 311 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, that the testimony constitutes or is based upon inadmissible hearsay (FRE 80), and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

106.     Defendants object to paragraph 312 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, that the testimony constitutes or is based upon inadmissible hearsay (FRE 80), and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP 37(c)(1), and Yeti By Molly Ltd vs. Deckers Outdoor Corp. 259 F.3d 1101, 1106 (9th Cir. 2001).

107.     Defendants object to paragraph 313 on the grounds of relevancy (FRE 401, 402), that the testimony lacks proper evidentiary foundation (FRE 602), that the testimony is based upon speculation (FRE 401, 402, 601, 602), that the witness lacks the requisite knowledge, skill, training, education, or experience to provide the testimony (FRE 702), that the subject matter of the testimony is not a proper basis for expert testimony under FRE 702, that the testimony constitutes or is based upon inadmissible hearsay (FRE 80), and that the testimony is based upon matters not contained within the expert report of Twomey.  FRCP 26(a)(2)(B), FRCP

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

Page 24

1   37(c)(1), and <u>Yeti By Molly Ltd vs. Deckers Outdoor Corp.</u> 259 F.3d 1101, 1106 (9th Cir. 2001).

2   Dated: November 30, 2007                LONGYEAR, O'DEA & LAVRA, LLP

3

                                                    /s/ John A. Lavra
4                                    By:   _____
                                           JOHN A. LAVRA
5                                          JERI L. PAPPONE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,   CA
95864
(916) 974-8500

27                           DEFENDANTS' OBJECTIONS TO DECLARATION OF TIMOTHY G. TWOMEY

28                                                                        Page 25