# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DAVID K MEHL, ET AL.,**

CASE NO: **2:03−CV−02682−MCE−KJM**

v.

**LOUIE BLANAS, ET AL.,**

**XX −− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 02/05/08**

**Victoria C. Minor**
Clerk of Court

ENTERED: **February 5, 2008**

by: /s/ C. Manzer
Deputy Clerk