LAW OFFICES OF GARY W. GORSKI
8549 Nephi Way
Fair Oaks, CA  95628
Telephone:     (916) 965-6800
Facsimile:      (916) 965-6801
usrugby@pacbell.net
www.gwgorski.com
GARY W. GORSKI - CBN:  166526
Attorney for Plaintiff

DANIEL M. KARALASH - SBN: 176422
1207 Front Street, Suite 15
Sacramento, CA 95814
Telephone: (916) 787-1234
Facsimile: (916) 787-0267
dmkaralash@surewest.net
Daniel M Karalash, SBN 176422

Attorney for Plaintiffs

# THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. MEHL; LOK T. LAU; FRANK FLORES<br>　　　　Plaintiffs,<br><br>vs.<br><br>LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records.<br>　　　　Defendants | CASE NO.: CIV S 03 2682 MCE/KJM<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

**NOTICE IS HEREBY GIVEN** that Plaintiffs DAVID K. MEHL and LOK T. LAU appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered in this case on **February 5, 2008**, and all previously entered interlocutory orders and decisions of the court, including, but not limited to, all orders Dismissing Bill Lockyer Attorney General, State of California and Randi Rossi, State Firearms Director and Custodian of Records, entered **September 03, 2004.**

1.

|   |   |
|---|---|
|   | Respectfully Submitted,<br>LAW OFFICES OF GARY W. GORSKI |
| DATED: March 4, 2008 | /s/Gary W. Gorski<br>GARY W. GORSKI<br>Attorney for Plaintiffs |