LAW OFFICES OF GARY W. GORSKI
8549 Nephi Way
Fair Oaks, CA  95628
Telephone:     (916) 965-6800
Facsimile:      (916) 965-6801
usrugby@pacbell.net
www.gwgorski.com
GARY W. GORSKI - CBN:  166526
Attorney for Plaintiff

DANIEL M. KARALASH - SBN: 176422
1207 Front Street, Suite 15
Sacramento, CA 95814
Telephone: (916) 787-1234
Facsimile: (916) 787-0267
dmkaralash@surewest.net
Daniel M Karalash, SBN 176422

Attorney for Plaintiffs

# THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. MEHL; LOK T. LAU; FRANK FLORES<br>　　　　Plaintiffs,<br>vs.<br>LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records.<br>　　　　Defendants | CASE NO.: CIV S 03 2682 MCE/KJM<br><br>PLAINTIFF'S OBJECTIONS TO COST BILL; MOTION TO STRIKE COST BILL FOR UNTIMELY FILING (Rule 54-292(c)) |

**NOTICE IS HEREBY GIVEN** that Plaintiffs DAVID K. MEHL and LOK T. LAU object to specific items noted below of the cost bill filed on **March 4, 2008** the final judgment of the district court, entered in this case on **February 5, 2008**. Also, a motion to strike is hereby also made on the grounds that the cost bill filed was untimely per RULE 54-292(b), requiring the cost bill to be submitted within 10 days on entry of judgment, and here, filed 27 days after judgment.

## OBJECTIONS

1. No supporting documentation was provided demonstrating how the amounts were

1.

1  calculated or whether they were even paid.  See Document 173, Filed 03/04/2008, Page 1 of 1,
2  attached hereto.
3      2. There is no apportionment of the costs to each plaintiff.  Joint and several liability for
4  costs does not apply.
5      3. There were no fees for copies or exemplifications, as Plaintiffs paid for ALL copy
6  costs, directly via check to Defendants.  Therefore, **$2,278.09 must be stricken**.
7      4. There is no Attachment "A" to the cost bill filed, therefore **$1,734.33** is a cost which is
8  not recoverable.
9      5. There is <u>no</u> "itemization and documentation for requested costs in all categories" and
10 therefore, the cost bill must be denied *in toto*.  That is, failure to provide evidentiary
11 documentation means **$5,873.22** cannot be taxed as costs as there is no supporting evidence as to
12 how this amount was calculated and whether it even qualifies as a taxable cost.  The entire cost
13 bill is based upon speculation.

                                            Respectfully Submitted,
                                            LAW OFFICES OF GARY W. GORSKI

DATED: March 14, 2008                        /s/Gary W. Gorski
                                            GARY W. GORSKI
                                            Attorney for Plaintiffs

2.

# UNITED STATES DISTRICT COURT
Eastern District of California

DAVID K. MEHL, and LOK T. LAU

V.

LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO;

BILL OF COSTS

Case Number: CIV S-03-2682 MCE KJM



FILED
MAR 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Judgment having been entered in the above entitled action on __February 5, 2008__ against Plaintiffs,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk................................................................................................................ | $ |
| Fees for service of summons and subpoena......................................................................... | 145.05 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,715.75 |
| Fees and disbursements for printing ................................................................................... | 0.00 |
| Fees for witnesses (itemize on page two).......................................................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case...... | 2,278.09 |
| Docket fees under 28 U.S.C. 1923...................................................................................... | |
| Costs as shown on Mandate of Court of Appeals................................................................ | |
| Compensation of court-appointed experts .......................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | |
| Other costs (please itemize) See Itemized Attachment "A" | 1,734.33 |
| TOTAL | $ 5,873.22 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: /s/ John A. Lavra

Name of Attorney: JOHN A. LAVRA

For: LOU BLANAS, COUNTY OF SACRAMENTO SHERIFF'S DEPT., AND SACRAMENTO COUNTY
Name of Claiming Party

Date: 2/12/08

Costs are taxed in the amount of $5,873.22 and included in the judgment.

Victoria Minor
Clerk of Court

By: Stephanie Deutsch    3.4.2008
Deputy Clerk    Date

American LegalNet, Inc.
www.FormsWorkflow.com