UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. MEHL, et al., | No. 2:03-cv-02682-MCE-KJM |
| Plaintiffs, | |
| v. | **NON RELATED CASE ORDER** |
| LOUIE BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; et al., | |
| Defendants. / | |
| JAMES ROTHERY, et al., | No. 2:03-cv-02064-JAM-KJM |
| Plaintiffs, | |
| v. | |
| Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; et al., | |
| Defendants. / | |

The Court has received the Notice of Related Cases concerning the above-captioned cases filed January 27, 2009. See Local Rule 83-123, E.D. Cal. (1997).

///

1

1  The Court has determined, however, that it is inappropriate to
2  relate or reassign the cases, and therefore declines to do so.
3  This Order is issued for informational purposes only, and shall
4  have no effect on the status of the cases, including any previous
5  Related (or Non-Related) Case Order of this Court.
6      IT IS SO ORDERED.

 Dated: February 13, 2009

    _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE