```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  DAVID K. MEHL, et al.,          No. 2:03-cv-02682-MCE-KJM
12           Plaintiffs,
13       v.                         **NON RELATED CASE ORDER**
14  LOUIE BLANAS, et al.,
15           Defendants.
16  _____/
    JAMES ROTHERY, et al.,          No. 2:03-cv-02064-JAM-KJM
17
             Plaintiffs,
18
         v.
19
    COUNTY OF SACRAMENTO, et al.,
20
             Defendants.
21  _____/
22  DEANNA SYKES, et al.,           No. 2:03-cv-01235-MCE-KJM
23           Plaintiffs,
24       v.
25  JOHN McGINNESS, et al.,
26           Defendants.
27  _____/
28  ///
```

1

The Court has received the Notice of Related Cases concerning the above-captioned cases filed May 5, 2009. See Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: May 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE