UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103−1526


ATTENTION: RECORDS UNIT

| | |
|---|---|
| **RE:** | **DAVID K MEHL vs. LOUIE BLANAS** |
| **USCA No.:** | 08−15773 |
| **USDC No.:** | 2:03−CV−02682−MCE−KJM |


The following Clerk's Record on Appeal (or Supplemental Record on Appeal) in the above entitled action is hereby transmitted to the Court of Appeals.

**Volumes of Files: 1.**
**Paper Documents: 1 to 18.**
**Electronic Documents: 19 to 193.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.


                                            Very truly yours,

**May 21, 2009**                              /s/  **L. Mena−Sanchez**

                                            Deputy Clerk


RECEIVED BY:

                              USCA Deputy Clerk (Please Print)

DATE RECEIVED: